# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| JANE DOE ) <br> ) <br> ) <br> ) <br> *Plaintiff(s)* ) <br> v. ) <br> ) <br> BLACKBERRY CORPORATION; a Delaware ) <br> Corporation; and ) <br> JOHN GIAMATTEO; an individual ) <br> ) <br> *Defendant(s)* ) | Civil Action No. 3:24-cv-02002 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BLACKBERRY CORPORATION and JOHN GIAMATTEO
c/o Katherine M. Forster,
Munger, Tolles & Olson LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Maria Bourn
Anthony Tartaglio
GOMERMAN | BOURN & ASSOCIATES
825 Van Ness Avenue, Suite 502
San Francisco, CA 94109
Email: maria@gobolaw.com; tony@gobolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*