1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6

7    NEELAM SANDHU,                          Case No.  24-cv-02002-SK
8                    Plaintiff,
                                             **NOTICE OF QUESTIONS**
9           v.
10   BLACKBERRY CORPORATION, et al.,
11                   Defendants.

12          TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE

13   OF THE FOLLOWING QUESTION FOR THE HEARING SCHEDULED ON NOVEMBER 18,

14   2024, at 9:30 A.M.  The Court intends to address the question below at the hearing.  The Court

15   advises the parties that it will not accept written answers to the question.

16          The parties shall be prepared to address the following question at the hearing:

17          If the Court dismisses Plaintiff Neelam Sandhu's hostile workplace and wage

18   discrimination claims with leave to amend, how would Plaintiff amend her claims?  In particular,

19   what additional facts would Plaintiff allege?  For example, what facts would Plaintiff allege to

20   show that she was treated differently than her male colleagues?

21          ///
22          ///
23          ///
24          ///
25          ///
26          ///
27          ///
28          ///

1  In addition, the Court reminds the parties that this hearing will also serve as a Further Case

2  Management Conference.  (Dkt. 41.)  The Court expects that the parties will meet and confer

3  regarding the case schedule prior to the hearing, and that the parties will be prepared to propose a

4  mutually agreeable date for the close of fact discovery.

5      **IT IS SO ORDERED**.

6  Dated: November 12, 2024

7  

8  SALLIE KIM
   United States Magistrate Judge

United States District Court
Northern District of California