UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEELAM SANDHU,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BLACKBERRY CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case No.  24-cv-02002-SK<br><br>**NOTICE OF QUESTIONS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING QUESTION FOR THE HEARING SCHEDULED ON NOVEMBER 18, 2024, at 9:30 A.M.  In addition to the question that the Court previewed in its prior notice of questions, (Dkt. No. 44.), the Court instructs the parties to address the California Court of Appeal's recent decision in *Wawrzenski v. United Airlines, Inc.*, __Cal.Rptr.3d__, 2024 WL 4750558 (Cal. Ct. App. 2024).  The Court will not accept written submissions at this time but may allow additional briefing after the hearing.

**IT IS SO ORDERED**.

Dated: November 15, 2024



SALLIE KIM
United States Magistrate Judge