| | |
|---|---|
| Maria A. Bourn<br>Anthony Tartaglio<br>GOMERMAN \| BOURN & ASSOCIATES<br>825 Van Ness Ave, Suite 502<br>San Francisco, CA 94109<br>Telephone: (415) 545-8608<br>Email: maria@gobolaw.com<br>　　　　tony@gobolaw.com<br><br>Attorneys for Plaintiff<br>NEELAM SANDHU | KATHERINE M. FORSTER (State Bar No. 217609)<br>Katherine.Forster@mto.com<br>CRAIG JENNINGS LAVOIE (State Bar No. 293079)<br>Craig.Lavoie@mto.com<br>LAUREN N. BECK (State Bar No. 343375)<br>Lauren.Beck@mto.com<br>KYRA E. SCHOONOVER (State Bar No. 343166)<br>Kyra.Schoonover@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone:　(213) 683-9100<br>Facsimile:　(213) 687-3702<br><br>Attorneys for Defendant BLACKBERRY CORPORATION |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEELAM SANDHU, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BLACKBERRY CORPORATION, a Delaware Corporation,<br><br>　　　　Defendants. | **Case No.: 3:24-cv-02002-SK**<br><br>**JOINT STIPULATION TO MODIFY THE CURRENT ADR DEADLINES AND ORDER**<br><br>Judge: Hon. Sallie Kim |

Pursuant to Civil Local Rules 6-2 and 7-12, Defendant BlackBerry Corporation (Defendant) and Plaintiff Neelam Sandhu (Plaintiff) (together, the "Parties"), by and through their respective counsel of record, jointly stipulate and agree, subject to the Court's approval, to amend the case deadlines applicable in the above-captioned case:

**WHEREAS**, on January 21, 2025, Plaintiff's counsel attended a pre-mediation call with the court-appointed mediator, Jean Hyams;

**WHEREAS**, on January 23, 2025, Defendant's counsel attended a pre-mediation call with Ms. Hyams;

**WHEREAS**, the Parties agree that mediation will be more productive after additional discovery has been completed in this action;

**WHEREAS**, to date, the Parties have not commenced taking depositions or completed their respective document productions;

**WHEREAS**, to allow the Parties time to complete more discovery before mediation, the Parties agree and respectfully request that the Court modify the case schedule as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Mediation Hearing | February 26, 2025 | TBD |
| ADR Deadline | March 10, 2025 | July 7, 2025 |

**NOW, THEREFORE**, the Parties, subject to the Court's approval, hereby stipulate, agree, and respectfully request that the Court enter the schedule proposed above.

**IT IS SO STIPULATED.**

Dated: February 18, 2025　　　　　　　　　　GOMERMAN | BOURN & ASSOCIATES

　　　　　　　　　　　　　　　　　　　By: */s/ Anthony Tartaglio*
　　　　　　　　　　　　　　　　　　　　　Maria Bourn
　　　　　　　　　　　　　　　　　　　　　Anthony Tartaglio
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　NEELAM SANDHU

Dated: February 18, 2025    MUNGER, TOLLES & OLSON LLP

By: ____*/s/ Katherine M. Forster*____
KATHERINE M. FORSTER
Attorneys for Defendant
BLACKBERY CORPORATION

## **Order**

Pursuant to the parties' stipulation, the Court HEREBY extends the parties' deadline to participate in alternative dispute resolution from March 10, 2025 to July 7, 2025. The parties must work directly with the mediator to reschedule the mediation date.

**IT IS SO ORDERED.**

DATED: February 18, 2025

_____
HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: February 18, 2025

                                              By:   */s/ Katherine M. Forster*
                                                            Katherine M. Forster