United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEELAM SANDHU,<br><br>    Plaintiff,<br><br>    v.<br><br>BLACKBERRY CORPORATION, et al.,<br><br>    Defendants. | Case No.  24-cv-02002-SK<br><br>**FURTHER CASE MANAGEMENT ORDER** |

Following the further case management conference held on March 31, 2025, IT IS HEREBY ORDERED that a further case management conference will be held on August 25, 2025 at 1:30 p.m. in this Court via Zoom (public webinar). The deadline to complete alternative dispute resolution is HEREBY EXTENDED to August 7, 2025. All other deadlines remain as set forth at docket number 57.

**IT IS SO ORDERED**.

Dated: March 31, 2025

　　　　　　　　　　　　　　　　*Sallie Kim*
　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　United States Magistrate Judge