UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEELAM SANDHU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BLACKBERRY CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-02002-SK<br><br>**ORDER REGARDING LETTERS ROGATORY**<br><br>Regarding Docket No. 66 |

  On May 23, 2025, Plaintiff filed a Motion to Issue Letters Rogatory, which Plaintiff avers is unopposed. Defendants SHALL have until June 2, 2025 to file a response, if any, to Plaintiff's motion.

  **IT IS SO ORDERED**.

Dated: May 27, 2025

_____
SALLIE KIM
United States Magistrate Judge