UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEELAM SANDHU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLACKBERRY CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No.  24-cv-02002-SK<br><br>**ORDER REGARDING STATUS CONFERENCE** |

　　　　The parties are scheduled for a status conference on August 11, 2025.  (Dkt. No. 75.)  The parties should be prepared to discuss what effect, if any, the pending Petition for Writ of Mandamus in the Ninth Circuit has on the proceeding of this action before this Court.

　　　　**IT IS SO ORDERED**.

Dated: August 6, 2025

_____
SALLIE KIM
United States Magistrate Judge