**FILED**

AUG 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: NEELAM SANDHU.<br>_____<br><br>NEELAM SANDHU,<br><br>　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,<br><br>　　　　Respondent,<br><br>BLACKBERRY CORPORATION, a Delaware Corporation,<br><br>　　　　Real Party in Interest. | No. 25-4529<br><br>D.C. No.<br>3:24-cv-02002-SK<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: S.R. THOMAS, SILVERMAN, and BENNETT, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

**DENIED.**