1  KATHERINE M. FORSTER (State Bar No. 217609)
   Katherine.Forster@mto.com
2  CRAIG JENNINGS LAVOIE (State Bar No. 293079)
   Craig.Lavoie@mto.com
3  LAUREN N. BECK (State Bar No. 343375)
   Lauren.Beck@mto.com
4  KYRA E. SCHOONOVER (State Bar No. 343166)
   Kyra.Schoonover@mto.com
5  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
6  Los Angeles, California 90071-3426
   Telephone:     (213) 683-9100
7  Facsimile:     (213) 687-3702

8  Attorney for Defendant BLACKBERRY
   CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEELAM SANDHU, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BLACKBERRY CORPORATION, a Delaware Corporation,<br><br>　　　　Defendant. | Case No. 3:24-cv-02002-SK<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO LOCK INCORRECTLY FILED DOCUMENTS**<br><br>Judge:　　　　Sallie Kim |

**ORDER**

Before the Court is Defendant Blackberry Corporation's ("Defendant") motion to remove incorrectly filed documents. (Dkt. No. 85.) Specifically, Defendant requests that the Court remove Dkt. No. 84 and its attachments (Dkt. Nos. 84.1-17) from the docket. However, the Court does not remove filings or filing attachments from the docket. Instead, the incorrectly filed documents shall remain under seal. Therefore, having considered Defendant's unopposed motion, IT IS HEREBY ORDERED that Dkt. No. 84 and its attachments (Dkt. Nos. 84.1-17) be sealed.

**IT IS SO ORDERED.**

DATED: October 15, 2025

Hon. Sallie Kim
United States Magistrate Judge