UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEELAM SANDHU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLACKBERRY CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-02002-SK<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION DEADLINES**<br><br>Regarding Docket No. 87 |

On October 14, 2025, Defendant Blackberry Corporation ("Defendant") filed an administrative motion to consider whether another party's material should be sealed in connection with its motion for sanctions. (Dkt. Nos. 86, 87.) Civil Local Rule 79-5(f) sets forth procedures that apply when a party seeks to file information designated as confidential by another party. Because Defendant listed Plaintiff Neelam Sandhu ("Plaintiff") as the "Designating Party" in its motion, within seven days of Defendant's motion filing, Plaintiff must file a statement and/or declaration as described in Civil Local Rule 79-5(c)(1). Civil L.R. 79-5(f)(3). The deadline for Plaintiff to file its statement and/or declaration is **October 21, 2025**. A failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to Plaintiff. Civil L.R. 79-5(f)(3). Defendant may file a response, not to exceed five pages absent leave of the Court, by **October 27, 2025**. Civil L.R. 79-5(f)(4).

**IT IS SO ORDERED**.

Dated: October 21, 2025

_____
SALLIE KIM
United States Magistrate Judge