| | |
|---|---|
| Maria A. Bourn | Katherine M. Forster (SBN 217609) |
| Anthony Tartaglio | Katherine.Forster@mto.com |
| GOMERMAN \| BOURN & ASSOCIATES | Craig Jennings Lavoie (SBN 293079) |
| 825 Van Ness Ave, Suite 502 | Craig.Lavoie@mto.com |
| San Francisco, CA 94109 | Lauren N. Beck (SBN 434375) |
| Telephone: (415) 545-8608 | Lauren.Beck@mto.com |
| Email: maria@gobolaw.com | Kyra E. Schoonover (SBN 343166) |
| tony@gobolaw.com | Kyra.Schoonover@mto.com |
| | MUNGER, TOLLES & OLSON LLP |
| Attorneys for Plaintiff | 350 South Grand Avenue, Fiftieth Floor |
| NEELAM SANDHU | Los Angeles, California 90071-3426 |
| | Telephone: (213) 683-9100 |
| | Facsimile:  (213) 687-3702 |
| | |
| | Attorneys for Defendant BLACKBERRY CORPORATION |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Neelam Sandhu, an individual, | **Case No.: 3:24-cv-02002-SK** |
| Plaintiff, | **JOINT STIPULATION AND ORDER REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| BLACKBERRY CORPORATION; a Delaware Corporation, | Judge: Hon. Sallie Kim |
| Defendant. | |

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiff Neelam Sandhu and Defendant BlackBerry Corporation, by and through their respective counsel, hereby agree as follows:

WHEREAS, on October 27, 2025, the Court issued an Amended Case Management and Pretrial Order setting the "last day for hearing on dispositive motions" for March 9, 20256. *See* Dkt. No. 95 at 2.

WHEREAS, the Court's Order set specific briefing deadlines for cross-motions for summary judgment and provided only that, "[i]f only one side intends to file a motion for summary judgment, the briefing schedule set forth in the Northern District Local Civil Rules applies," *id.* at 2.

WHEREAS, Defendant intends to file a motion for summary judgment;

WHEREAS, Plaintiff does not intend to file a motion for summary judgment;

WHEREAS, due to unavailability of the Court and counsel in February 2026, Defendant wishes the motion to be heard on January 26, 2026;

WHEREAS, the parties have met and conferred and reached agreement on a schedule for Defendant's motion for summary judgment and associated briefing that accommodates the availability of Plaintiff's counsel and their staff over the holidays;

WHEREAS, the Parties submit that the proposed schedule does not affect any other Court-ordered deadline, and should not result in prejudice to any of the parties;

THEREFORE, IT IS STIPULATED AND AGREED, subject to the Court's approval, that the schedule for Defendant's Motion for Summary Judgment and any associated briefing on shall be as follows:

| Event | Date |
| --- | --- |
| Defendant's Motion for Summary Judgment | December 10, 2025 |
| Plaintiff's Opposition | January 5, 2026 |
| Defendant's Reply | January 12, 2026 |
| Hearing on Motion for Summary Judgment | January 26, 2026 |

Dated: December 5, 2025                    MUNGER, TOLLES & OLSON LLP


By:     */s/ Katherine M. Forster*
              KATHERINE M. FORSTER

Attorneys for Defendant
BLACKBERRY CORPORATION

1  Dated: December 5, 2025                    GOMERMAN | BOURN & ASSOCIATES

                                              By:  _*/s/ Anthony Tartaglio*_
                                                   ANTHONY TARTAGLIO

                                              Attorneys for Plaintiff
                                              NEELAM SANDHU

**ORDER**

Pursuant to the parties' stipulation and for good cause shown, the Court HEREBY SETS the following summary judgment briefing and hearing schedule:

| Event | Date |
|---|---|
| Defendant's Motion for Summary Judgment | December 10, 2025 |
| Plaintiff's Opposition | January 5, 2026 |
| Defendant's Reply | January 12, 2026 |
| Hearing on Motion for Summary Judgment | January 26, 2026 |

The Court HEREBY ORDERS the parties to comply with this briefing and hearing schedule, should Defendant file its motion on or before December 10, 2025.

**IT IS SO ORDERED.**

Dated:   December 5, 2025          By:   _____
                                              SALLIE KIM
                                   UNITED STATES MAGISTRATE JUDGE

**E-FILING ATTESTATION**

I, Katherine M. Forster, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel for Defendants have concurred in this filing.

*/s/ Katherine M. Forster*
Katherine M. Forster
