1  KATHERINE M. FORSTER (State Bar No. 217609)
   Katherine.Forster@mto.com
2  CRAIG JENNINGS LAVOIE (State Bar No. 293079)
   Craig.Lavoie@mto.com
3  LAUREN N. BECK (State Bar No. 343375)
   Lauren.Beck@mto.com
4  KYRA E. SCHOONOVER (State Bar No. 343166)
   Kyra.Schoonover@mto.com
5  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
6  Los Angeles, California 90071-3426
   Telephone:    (213) 683-9100
7  Facsimile:    (213) 687-3702

8  Attorneys for Defendant BLACKBERRY
   CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEELAM SANDHU, an individual, | Case No. 3:24-cv-02002-SK |
| Plaintiff, | **DECLARATION OF FRASER DEZIEL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| BLACKBERRY CORPORATION, a Delaware Corporation, | Judge: Hon. Sallie Kim |
| Defendant. | |

# DECLARATION OF FRASER DEZIEL

I, Fraser Deziel, hereby declare:

1. I am Vice President, Corporate Controller, at BlackBerry Limited ("BlackBerry"), the parent corporation of its United States subsidiary, BlackBerry Corporation. In this role, I am responsible for accounting operations and all external financial reporting obligations for BlackBerry. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. I have worked at BlackBerry since 2009 in a progressive series of finance roles. Since 2009, I have been involved in preparation of BlackBerry's regular financial filings with the Securities and Exchange Commission (SEC), including BlackBerry's annual reports on Form 10-K. Since 2014, I have been responsible for preparation of BlackBerry's regular financial filings. I am aware of the process for creating and publishing those reports, and of BlackBerry's own use of its financial filings.

3. BlackBerry's financial filings are compiled by the company's external-reporting team. As a public company, BlackBerry is required to file public reports on a regular basis, including each year within a set number of days of the end of BlackBerry's annual fiscal period. For BlackBerry's regular external reports, including its annual reports in particular, the external-reporting department uses finalized accounting results compiled by BlackBerry's accounting department. As a public company, BlackBerry is required to maintain internal controls over financial reporting, pursuant to the Sarbanes-Oxley Act of 2002. BlackBerry therefore takes pains to ensure that its annual reports do not contain any untrue statement of a material fact or omit a material fact necessary to make the statements in the reports not misleading. BlackBerry also relies on the information in its annual reports, including to accurately communicate with the company's investors and when setting internal strategy and goals.

4. Prior to its fiscal year ending February 29, 2020, BlackBerry (f/k/a Research in Motion Limited) submitted annual reports to the SEC using Form 40-F. Beginning with its fiscal year ending February 29, 2020, BlackBerry submitted annual reports to the SEC using Form 10-K.

1  The process for annual filings in the preceding paragraph describes BlackBerry's approach to both
2  types of annual reports.

3     5.     Attached as **Exhibit A** to this declaration are true and correct excerpts from the
4  annual securities filings of BlackBerry for fiscal years 2010 through 2025.

5     6.     The reports excerpted in **Exhibit A** reflect that: (i) from 2011 through 2021, the
6  company reported a net loss in more years (2013, 2014, 2015, 2016, 2017, 2020, and 2021) than it
7  reported a net income (2011, 2012, 2018, 2019) and (ii) contracted from approximately 17,500
8  employees to approximately 3,500 employees; (iii) BlackBerry reported a net loss of $1.1 billion
9  for fiscal year 2021; (iv) BlackBerry reported a net income of $12 million for fiscal year 2022; and
10 (iv) BlackBerry reported a net loss of $734 million for fiscal year 2023.

11 I declare under penalty of perjury under the laws of the United States that the foregoing is
12 true and correct and that I executed this declaration on December 10, 2025 in Waterloo, Ontario,
13 Canada.

15     DATED: December 10, 2025

17     By: _/s/ Fraser Deziel_
19     Fraser Deziel

-2-     Case No. 3:24-cv-02002-SK
DECLARATION OF FRASER DEZIEL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT