# EXHIBIT 4

| From: | Nita White-Ivy [nwhiteivy@blackberry.com] |
|---|---|
| Sent: | 7/19/2022 11:57:02 AM |
| To: | Neelam Sandhu [nsandhu@blackberry.com] |
| Subject: | CONFIDENTIAL: Matter |
| Attachments: | EMEA Customer Slide.jpg |

Have you had a chance to ask John G about it? What was his response?

I am in the office today if you are also in the office. Then I am leaving town and be away to the end of the month.

**From:** Neelam Sandhu <nsandhu@blackberry.com>
**Sent:** Tuesday, July 19, 2022 9:25 AM
**To:** Nita White-Ivy <nwhiteivy@blackberry.com>
**Cc:** Neelam Sandhu <nsandhu@blackberry.com>
**Subject:** Matter

Hi Nita,

I would like to request your advice and support with a matter.

Please see attached. This was sent to an Elite customer by the Cyber BU. Clearly this is wrong. How should I address this?

This is not the first time I have directly experienced and/or heard from colleagues internally, customers and partners, on actions members of the Cyber BU, including at the executive level, have taken that have a negative impact across several pillars.

Thank you,

Neelam Sandhu
Senior Vice President Sustainability & Chief Elite Customer Success Officer
Office: +1 (925) 242 5636
Mobile: +1 (201) 912 5267
BBMe PIN: EF089DE9
Email: nsandhu@blackberry.com

