# EXHIBIT 5

| From: | Hugh Jones [hjones@blackberry.com] |
|---|---|
| Sent: | 7/18/2022 1:32:20 PM |
| To: | ███████████████ |
| CC: | Andy Brand [abrand@blackberry.com]; Sven Berger [sberger@blackberry.com]; Nick Brown [nibrown@blackberry.com]; Neelam Sandhu [nsandhu@blackberry.com] |
| Subject: | BlackBerry QBR - Corrected Organisation Chart. |
| Attachments: | 20220718███████QBR - BlackBerry - July 2022 - FINAL.pptx |

Good evening

Please find enclosed an update to the QBR slides of last week, slide 4 incorrectly showed Neelam Sandhu as reporting to John Giamatteo.

Neelam in fact reports directly to John Chen, BlackBerry's Executive Chairman and CEO.

Best regards

Hugh Jones
Senior Strategic Customer Success Manager – Europe.
Mobile +44 7740 734 142
hjones@blackberry.com

*BlackBerry®* Intelligent Security. Everywhere.

ATTORNEYS' EYES ONLY

BB13-00002384