# EXHIBIT 6

| From: | Neelam Sandhu [nsandhu@blackberry.com] |
|---|---|
| Sent: | 8/26/2022 1:25:37 PM |
| To: | Jennifer Bramhill [jbramhill@blackberry.com] |
| Subject: | RE: Review of Organizational Chart Inaccuracy |

Hi Jennifer,

Thanks for reviewing this event. I don't agree with the finding however am satisfied at this time with the outcome that the sales team has been informed to ensure this does not happen again.

Also, can the sales team advise if they sent or mentioned the same to any other customers? If so can they send a corrective communication?

BR,
Neelam

---

**From:** Jennifer Bramhill <jbramhill@blackberry.com>
**Sent:** Tuesday, August 23, 2022 7:24 AM
**To:** Neelam Sandhu <nsandhu@blackberry.com>
**Subject:** Review of Organizational Chart Inaccuracy

Dear Neelam,

Thank you for bringing forward the concern that an organization chart which does not accurately reflect the reporting structure at BlackBerry was circulated to a customer. A review into this matter was conducted and we have concluded that the organizational chart was in fact drafted erroneously and circulated to a customer. Our findings did not conclude that incorrect information was intentionally circulated or that leadership provided direction to any individual to produce incorrect information. As an outcome of the review, the applicable sales team has been reminded to ensure accuracy of all information shared with customers, and to obtain direction from leadership regarding any questions or points of clarification, prior to issue.

We thank you for raising the concern that you did and respectfully request that you advise HR should any similar situations arise in the future.

Best regards,

Jennifer Bramhill (She/Her)
VP, Employee Relations & HR Business Partner
Phone: +1 (519) 597-0623
jbramhill@blackberry.com

*BlackBerry®* Intelligent Security. Everywhere.