# EXHIBIT 8

| From: | Neelam Sandhu [nsandhu@blackberry.com] |
|---|---|
| Sent: | 2/6/2023 6:15:29 PM |
| To: | Nita White-Ivy [nwhiteivy@blackberry.com] |
| CC: | Neelam Sandhu [nsandhu@blackberry.com] |
| Subject: | JJG |
| Attachments: | EMEA Customer Slide.jpg; RE: SSC; RE: Government Communications Responsibility Overview -- updated chart; BofA-BlackBerry Team Alignment.docx |

Hi Nita,

Following on from our conversation on Friday, please find herein some details of the issue pertaining to JJG. It appears that he would like my role to be diminished or for me to be exited from the company. I do not report to him so I do not consider him to have any authority over my role. I have noted below some, but not all, examples of the behavior I am referring to.

- As you know, in July 2022 I became aware that the Cyber BU had published an org chart *(attachment "EMEA Customer Slide")* to Elite customer(s) that incorrectly showed me reporting to JJG. Unfortunately, JJG hesitated in taking action to address this issue, despite multiple follow-ups with him.
- JJG's team, on an ongoing basis, does not appropriately acknowledge my role. For example:
o The MAP was updated in January 2022 to state, for example, that all Elite customer proposals should be sent to me before being sent to a customer or partner. This is not happening, except in rare instances and even those rare instances it has taken extensive dialogue with the BU. I have followed up with members of the BU countless times *(attachment "SSC" is an example)* but I am either ignored or given the runaround.
o In November 2021 communication responsibilities were published for Elite government customers *(attachment "Government Communications Responsibility Overview")*. I have spoken about this with the Cyber BU but some of the team do not align with the published requirements.
o One of my Elite customers is Bank of America. My team and I have put in a lot of work to retain this customer and we are the customers point of contact. Today I learned that JJG's team has put together a document *(attachment "BofA-BlackBerry Team Alignment")*, which they intend to share with the customer, that removes my team and I entirely per the RACI table on page 2 of the document. Per MAP I am responsible for Elite customer strategy, yet on page 2 of the document in the RACI table I am nowhere to be found and nor is my team. My team and I are also the customers point of contact interacting with them almost every day and this has been the case for 2+ years. Sharing this document with the customer will confuse the customer and be detrimental to my job, effectively eliminating it. The relationship with the customer is operating smoothly and has been for 2 years. Why are changes now being pushed?
- The aforementioned behaviors may stem from the fact that JJG has told his team that may role will be changing on March 1. I am unclear on why he has told his team this and I find it very distressing. Some examples:
o On January 12, 2023, Tab Holder informed me that last year Craig Hansen had told him not to work with me. He also mentioned that Craig had told him that he (Craig) had asked JJG to remove me from working with some of the Elite customers e.g. DoD. And JJG responded that he is working on it / working on removing me.
o On February 1, 2023, Lorenzo Monaco informed me that Georges Piccini mentioned to him that Michael Murphy had told him that JJG told him (Michael) that Neelam's role will change on March 1, and she won't be responsible for Elite anymore.

I work extermely hard and make a valuable contribution to BlackBerry, as does my team. The aforementioned actions are very distressing and unwarranted.

I appreciate your support in effectively addressing this very stressful situation.

Thank you,

Neelam Sandhu

ATTORNEYS' EYES ONLY

BB13-00004373

Senior Vice President Sustainability & Chief Elite Customer Success Officer
Office: +1 (925) 242 5636
Mobile: +1 (201) 912 5267
BBMe PIN: EF089DE9
Email: nsandhu@blackberry.com

ATTORNEYS' EYES ONLY


CONFIDENTIAL
BB13-00004375

| From: | Neelam Sandhu [nsandhu@blackberry.com] |
|---|---|
| Sent: | 12/19/2022 11:20:31 AM |
| To: | Adam Enterkin [aenterkin@blackberry.com] |
| Subject: | RE: SSC |

Hey Adam,
Were you able to cover this with Neily?
I have held back on escalating this but do need it to be resolved.
Happy to chat if easier.
Thanks,
Neelam

---

**From:** Neelam Sandhu <nsandhu@blackberry.com>
**Sent:** Friday, November 4, 2022 7:09 AM
**To:** Adam Enterkin <aenterkin@blackberry.com>
**Subject:** Re: SSC

Thanks, Adam.

Quoting GoC - sounds good. Chat soon.

Lookout - chat 1:1. Will give you some additional info. Agree with you that we should keep Lookout close.

Neily - unfortunate response from her. I've explained this to her directly and she ignored me.

Map says quotes should be sent to me and sent to me before they're sent externally. I've told her that sending to my team isn't what I want and isn't what MAP says. The quotes should be sent to me. She can copy my team if she wants to.

Also I asked my team recently and gave her the feedback. They said they arent seeing quotes before theyre sent externally either. And they aren't seeing all. Instead, Neily/her team sometimes copy them when sending to customer/partner.

I've told her before, I'm actually not wanting to review every quote and want to figure out a simple process with her. No response.

Thanks for anything you can do to help here.

Neelam

Sent via BlackBerry UEM - for high productivity and high security

---

**From:** aenterkin@blackberry.com
**Sent:** November 4, 2022 5:17 AM
**To:** nsandhu@blackberry.com
**Subject:** RE: SSC

Thanks for the email Neelam.
That is a relief that no quote was sent out to SSC! Thank you for the clarity below.
This does give us an opportunity to clarify any pitfalls or risks with quoting renewals for agencies even outside of SSC that may put at risk the big deal you are working. If SSC has most favored nation status, we need to make sure that any pricing provided to *any* Canadian agency is reviewed to ensure pricing compliance with that clause. I would assume a

ATTORNEYS' EYES ONLY

renewal (which should never be priced lower than previous pricing) would be safe, but in this case it caused a major alarm and confusion internally.
I want to make sure the team understands exactly what we need to be aware of with quoting renewals for Canadian agencies so we avoid any risk to your deal. Lets discuss later on our call so we are full aware!

Regarding the Lookout topic below, Michael and the Canadian team want to sell our own MTD more than Lookout (they make more money selling it given it is our product), but at the same time, if a customer is saying they have selected Lookout and they want to give us an order for the product, should we say no? I advocated in the past to simply terminate the contract with Lookout, but the problem is that we then shut off revenue that would come to us. Also, in the spirit of "keep your friends close and enemies closer", if we are still accepting Lookout orders, we then have visibility into their pricing and contracts...which is something valuable for us when pricing our own MTD. It is a tricky predicament for sure. I agree though that our mindset must be, BB MTD is the best especially for Dynamics customers and position it hard but if the customer says no and they want to buy Lookout, we accept the order.

Regarding Neily and the renewals team, I know that Neily has instructed her team to always share quotes with your team for any elite customers. I spoke with her about this and she said she has a rule with her team that any quote for an Elite is to be shared with your team. I am not sure where the disconnect is here but Neily feels like she is following this rule and has no problem with it by the way! Happy to discuss further though!

Best regards,
Adam
+44 7557 244 581

---

**From:** Neelam Sandhu <nsandhu@blackberry.com>
**Sent:** 04 November 2022 01:14
**To:** Adam Enterkin <aenterkin@blackberry.com>
**Subject:** RE: SSC

Hey thanks. I appreciate your support!

I received an 'off the record call' (her words) from a friend in SSC procurement today about a quote sent to them for a GoC agency, (Canadian Transportation Agency.) SSC reviews all BlackBerry quotes for GoC agencies and compares them to the main contracts we have with SSC. She raised some concerns and was suggesting SSC thinks we might owe them a sizable refund on the main contracts we have with SSC (we don't and I've articulated that to her after reviewing the information she shared).

This is a good time for me to bring up a couple of things I was hoping to not have to raise, but need your help on the first and want to make you aware of the second:

•	I've reached out to Neily a few times to ask her to ensure I see quotes for Elites, per MAP but it's not happening. Attached are two of several examples FYI. I'm actually not looking to see all quotes, which I mentioned to her in the emails.

•	Some of the Canadian field guys have said recently they think we should sell Lookout over BlackBerry MTD to Government of Canada as Lookout's a better product (plus there have been some other related issues.) Making you aware to help ensure we are all pushing our MTD, to GoC agencies and to SSC. If we try our absolute best and the customer doesn't bite, I agree we go the Lookout route.

Chat tomorrow.

Neelam

ATTORNEYS' EYES ONLY

BB13-00004377

**From:** Adam Enterkin <aenterkin@blackberry.com>
**Sent:** Thursday, November 3, 2022 11:46 AM
**To:** Neelam Sandhu <nsandhu@blackberry.com>
**Subject:** SSC

Hi Neelam,
John mentioned on the forecast call something about a quote being sent to SSC.
I have made clear to the team for no quotes to be sent to SSC and I just checked with the team and they are saying no quotes were sent to SSC.
As you know, we have a deal we are pursuing to resell Lookout at GAC and it is a deal that has been in forecast for months which we sentpricing as a reseller of Lookout to GAC months ago. That pricing would have eventually gone to SSC. Lookout would have just sent through another reseller if we didn't quote of course. I am not sure if this is what is being referred to?
Either way, please let me know if there is anything we can do to help or clarify.


Best regards,
Adam
+44 7557 244 581

ATTORNEYS' EYES ONLY

BB13-00004378

| From: | Randall Cook [randall.cook@blackberry.com] |
|---|---|
| Sent: | 7/13/2022 9:21:46 PM |
| To: | Charles Eagan [ceagan@blackberry.com]; Chris Hummel [chummel@blackberry.com]; John Giamatteo [jjg@blackberry.com]; JOHN MCCLURG [jmcclurg@blackberry.com]; Marjorie Dickman [mdickman@blackberry.com]; Mark Wilson [mark.wilson@blackberry.com]; Mattias Eriksson [MEriksson@blackberry.com]; Neelam Sandhu [nsandhu@blackberry.com]; Nita White-Ivy [nwhiteivy@blackberry.com]; Steve Rai [steve.rai@blackberry.com]; Vito Giallorenzo [vgiallorenzo@blackberry.com]; Phil Kurtz [pkurtz@blackberry.com] |
| CC: | Adam Enterkin [aenterkin@blackberry.com]; Alex Willis [awillis@blackberry.com]; Billy Ho [bho@blackberry.com]; Christoph Erdmann [cerdmann@blackberry.com]; Colleen McMillan [cmcmillan@blackberry.com]; Christopher Plaat [cplaat@blackberry.com]; David Wiseman [david.wiseman@blackberry.com]; John Wall [jwall@blackberry.com]; Sarah Tatsis [statsis@blackberry.com]; Kevin Easterwood [keasterwood@blackberry.com]; Luis Oms [loms@blackberry.com]; Jeff Potter [jpotter@blackberry.com] |
| Subject: | RE: Government Communications Responsibility Overview -- updated chart |
| Attachments: | Government Communications Responsibilties Overview Updated 071122.pptx |

All,

Just a small update to the graphic to add Luis Oms in Cybesecurity and Jeff Potter in IoT as the points of contact for their respective business units.

Best,

Randall

---

**From:** Randall Cook
**Sent:** Monday, November 8, 2021 4:53 PM
**To:** Charles Eagan (ceagan@blackberry.com) <ceagan@blackberry.com>; Chris Hummel (chummel@blackberry.com) <chummel@blackberry.com>; John Giamatteo (jjg@blackberry.com) <jjg@blackberry.com>; JOHN MCCLURG <jmcclurg@blackberry.com>; Marjorie Dickman (mdickman@blackberry.com) <mdickman@blackberry.com>; Mark Wilson (mark.wilson@blackberry.com) <mark.wilson@blackberry.com>; Mattias Eriksson (MEriksson@blackberry.com) <MEriksson@blackberry.com>; Neelam Sandhu <nsandhu@blackberry.com>; Nita White-Ivy (nwhiteivy@blackberry.com) <nwhiteivy@blackberry.com>; Steve Rai (steve.rai@blackberry.com) <steve.rai@blackberry.com>; Vito Giallorenzo (vgiallorenzo@blackberry.com) <vgiallorenzo@blackberry.com>
**Cc:** Adam Enterkin (aenterkin@blackberry.com) <aenterkin@blackberry.com>; Alex Willis <awillis@blackberry.com>; Billy Ho (bho@blackberry.com) <bho@blackberry.com>; Christoph Erdmann <cerdmann@blackberry.com>; Colleen McMillan <cmcmillan@blackberry.com>; Karl Liebman (kliebman@blackberry.com) <kliebman@blackberry.com>; Christopher Plaat <cplaat@blackberry.com>; David Wiseman <david.wiseman@blackberry.com>; Eric Kline <ekline@blackberry.com>; John Wall <jwall@blackberry.com>; Sarah Tatsis (statsis@blackberry.com) <statsis@blackberry.com>; Kevin Easterwood <keasterwood@blackberry.com>
**Subject:** Government Communications Responsibility Overview

All,

As a follow-up to the recent discussion at the CEO staff meeting, I am sending the attached Government Communications Responsibility Overview to you.

The attached graphic is intended to provide high-level guidance for who has primary responsibility for certain types of communications with government agencies (for example, product vulnerabilities, law enforcement requests, government relations and other areas), and also ensure that records for key communications (and backups) are retained

by the subject leads. Many of these areas may involve cross-functional efforts, but if a matter arises in the course of your work in one of the listed areas, please inform the responsible lead.

Please share with your teams as you think appropriate, and feel free to reach out directly with any questions.

Best,

Randall


Randall Cook
Chief Legal Officer
Office: +1 (925) 242-5667
randall.cook@blackberry.com

**BlackBerry**® Intelligent Security. Everywhere.

# Government Communications Responsibilities

Note: Lead is responsible for maintaining copies of communications and submissions to the government.

### Product Vulnerability
**POC for:** CISA Vulnerability Div and security response orgs
**Lead:** Product Security Team (with BBSIRT)
**Records location:** Limited access (BBSIRT and prod sec leads) case management tracking tool and commo protocols; all comms have 2nd review in PV team.
**Backup:** CommVault for email; IT backup network drives

### Lawful Access Requests
**POC for:** Law enforcement requests
**Lead:** Lawful Access team in Legal (Paul Kenefick), with technical support of CIO org if needed.
**Records location:** LA has secure, restricted access case management system and database (CMS) with unique IDs for geography and requestor; all comms have 2nd review in team.
**Backup:** CommVault for email; CMS on IT backup

### Government Relations
**POC for:** Elected officials, political appointees and their staff
**Lead:** GR Team (Marjorie Dickman)
**Records location:** Lobbying Reports; and Comments to Govt Agencies in dedicated folders on GR Sharepoint.
**Backup:** Comm Vault for email; IT network drive backups
**Review of comms:** GR drafts all messaging re govt activity

### Elite 30 Sales*
**POC for:** Elite 30 govt.sales
**Lead:** Neelam Sandhu
**Records location:** email; selected deal notes in SFDC.
**Backup:** CommVault for email; IT backup for SFDC

### Cybersecurity Sales*
**POC for:** Cybersecurity govt. sales; Procurement and Program Offices
**Lead:** Luis Oms
**Records location:** email; selected deal notes in SFDC; Loopio; RFPs being centralized with RFP desk review.
**Backup:** CommVault for email; IT backup for SFDC

### IoT Sales*
**POC for:** IoT govt. sales; Procurement and Program Offices
**Lead:** Jeff Potter
**Records location:** email, selected deal notes in SFDC; deal desk materials (incl. RFPs) and approvals in SFDC.
**Backup:** CommVault for email; IT network backup for SFDC

**BlackBerry.** Intelligent Security. Everywhere.

© 2021 BlackBerry. All Rights Reserved. 1

ATTORNEYS' EYES ONLY

BB13-00004381

**Litigation**

POC for: Litigation and subpoenas

Lead: Legal (Ed McGah)

Records location: All filings on dedicated Legal network folders. Filings get multiple reviews.

Backup: Comm Vault for email; IT network drive backups

**Compliance (securities and other regulatory)**

POC for: Required regulatory filings

Lead: Legal (Phil Kurtz for Securities; Jim Wilson and Ed McGah for other reg)

Records location: Dedicated Legal network folders; securities filings on Edgar and SEDAR. Filings get multiple reviews.

Backup: Comm Vault for email; IT network drive backups

**BlackBerry Govt. Solns. (separate entity)**

POC for: Classified contracts and BGS entity

Lead: BGS/Bob Day

Records location: BGS and FedRAMP records on BB systems (segregated access for BGS). Monthly FedRAMP compliance reports to USG sponsor and FedRAMP PMO. BGS subject to Electronic Comms Plan, Affil. Ops. Plan, Tech Control Plan and USG audit.

Backup: IT network backup

BlackBerry. Intelligent Security. Everywhere.  © 2021 BlackBerry. All Rights Reserved.  2

ATTORNEYS' EYES ONLY

BB13-00004382

# Bank of America and BlackBerry Alignment

The table below identifies the key BlackBerry team members assigned to Bank of America, their direct managers and an associated BlackBerry executive.

## BlackBerry Account Team

| BlackBerry Role | Individual | Reports To | Executive Contact |
|---|---|---|---|
| Account Executive (AE) | Glenn Rinderman<br>Strategic Account Manager<br>[ HYPERLINK "mailto:grinderman@blackberry.com" ] | Kevin Carley<br>Area Vice President<br>[ HYPERLINK "mailto:kcarley@blackberry.com" ] | Adam Enterkin<br>Chief Revenue Officer, Cybersecurity Business Unit<br>aenterkin@blackberry.com |
| Sales Engineer (SE) | Douglas Field<br>Senior Manager<br>[ HYPERLINK "mailto:dofield@blackberry.com" ] | Todd Berger<br>Senior Director<br>[ HYPERLINK "mailto:tberger@blackberry.com" ] | Alex Willis<br>Vice President<br>[ HYPERLINK "mailto:awillis@blackberry.com" ] |
| Customer Success Manager | Mark Mosaidz<br>Senior Elite Customer Support Manager<br>[ HYPERLINK "mailto:mmosiadz@blackberry.com" ] | Neelam Sandhu<br>Chief Elite Customer Success Officer<br>[ HYPERLINK "mailto:nsandhu@blackberry.com" ] | Neelam Sandhu<br>Senior Vice President, Sustainability<br>[ HYPERLINK "mailto:nsandhu@blackberry.com" ] |
| Technical Account Manager (TAM) | Angie Simpson<br>Technical Account Manager<br>[ HYPERLINK "mailto:asimpson@blackberry.com" ] | Bryan Horn<br>Director<br>[ HYPERLINK "mailto:brhorn@blackberry.com" ] | Sasha Herakovic<br>Vice President<br>[ HYPERLINK "mailto:sherakovic@blackberry.com" ] |
| Elite Technical Analyst (ETA) | Not included at this time | Not included at this time | Not included at this time |
| Delivery Executive (DE) | Not included at this time | Not included at this time | Not included at this time |

## Roles and Responsibilities

Account Executive: Responsible for all account relationships, executive escalations, all commercial engagements, and overall account team leadership.

Sales Engineer: Responsible for technical solutions alignment, product roadmaps, engagement with product management teams, feature enhancement requests, and product presentations.

Technical Account Manager: Responsible for all support case management, support escalations, service reviews, training coordination, and technical health monitoring.

Elite Technical Analyst:  Responsible for maintaining intimate knowledge of the customer environment, high priority cases or case escalations as requested by the customer, coordination and engagement with support engineering and product engineering escalations.

Delivery Executive:  Responsible for requirements and use case discovery, tactical and strategic advisory consultant, line of business extensibility, product adoption, and acts as a coordinator of executive, support, engineering and product escalations.

ATTORNEYS' EYES ONLY

# Responsibility Assignment Matrix

A responsibility assignment matrix, also known as a RACI matrix, describes the participation by various roles in completing tasks or deliverables for a project or process. The purpose is to clarify roles and responsibilities in cross-functional and inter-organizational processes.

R = **Responsible**, the individual or team with primary contribution to delivering the activity
A = **Accountable**, the individual or team who is held accountable that the activity is delivered
C = **Consulted**, the individual or team with information or a capability necessary to complete the work
I = **Informed**, the individual or team that should be notified of results but need not be consulted

| Process/Task/Project | AE | SE | TAM | ETA | DE |
|---|---|---|---|---|---|
| Sales Activities | R, A | R | I | I | C |
| Public Relations | R, A | C | I | I | R |
| Product Roadmap Delivery | C | R, A | C | C | C |
| Roadmap Interlock and Adoption | R, C | R, C | C | C | R, A |
| Support, Services and Strategies | C, I | C, I | R, A | R | R, A |
| Project Management | I | I | C | C | R, A |
| Feature Enhancements | I | C | C | C | R, A |
| Executive Relationships | R, A | R | I | I | R, C |
| Support Issue Escalations | I | I | R, A | R | C |
| Signed Agreements (NDA, MSA, etc.) | R, A | I | I | I | C |
| Extended Services (PS, Dev, Consults) | R, A, C | C, I | C, I | C, I | R, C |
| Application Extensibility | C | R, C | I | I | R, A |
| Design Reviews/Health Checks | I | C | C, I | R, C | R, A |
| Training | I | C | R, A | R, C | R, C |
| Product Management Engagements | C | R, A | I | I | R, C |
| Use Case Discovery/Requirements | C, I | C, I | R, C | R, C | R, A |
| Tactical and Strategic Planning | C, I | C, I | R, C | R, C | R, A |
| Product Adoption | C, I | C, I | C, I | C, I | R, A |
| Professional Services Delivery | C, I | C, I | C, I | R | R, A |
| Managed Proof-of-Concepts | C | R, A | C | C | R, C |
| Product Pilots and Roll-Outs | C | C | C | C | R, A |
| Governance and Communications | R | R | R | R | R, A |

ATTORNEYS' EYES ONLY

BB13-00004385

# Support Escalations

All requests for support engagement should be initiated by opening a case through the myAccount portal via https//myaccount.blackberry.com. For business critical events which require an immediate response, we recommend contacting Blackberry Technical Support at 1-877-255-2377 and providing ███████████████████████████. Contacting Support directly by telephone is the fastest and most prescribed process to engage support resources as quickly as possible.

| Severity | Definition | Response Time Targets |
|---|---|---|
| High<br>Critical business impact | A High incident is defined as a problem that causes a total loss of service for which no procedural workaround exists. This problem is critical to your organization's ability to conduct business, and may affect either the BlackBerry Software or a majority of the deployed smartphones.<br><br>Note: BlackBerry support teams are paged twenty-four (24) hours a day, seven (7) days a week for critical problems; Customers must agree to be available for engagement 24x7 until relief has been provided. | Advantage<br>Electronic: 2 hours<br><br>Premium<br>Phone: Immediate<br>Electronic: 30 minutes |
| Medium<br>Moderate business impact | A Medium incident is defined as a problem that has slightly compromised the ability of a customer to conduct business. The customer can continue to conduct business and productivity loss is minor. The situation may be temporarily circumvented with an established work-around. | Advantage<br>Electronic: 8 hours<br><br>Premium<br>Phone and Electronic: 2 hours |
| Low<br>Nominal business impact | A Low incident is defined as a problem that does not compromise the ability of a customer to conduct business. This may include a request for service, enhancement, or "how to" request. There is little to no risk of customer impact. | Advantage<br>Electronic: Next Business Day<br><br>Premium<br>Phone and Electronic: Next Business Day |

Note: Severity classifications may be updated during the lifecycle of a problem if the impact to the customer changes.

Note: The foregoing response times are estimates only and shall not be considered a representation or warranty under any agreement the customer may have with BlackBerry including the Business Services by BlackBerry terms or this Technical Support Services Program Description.

For any reason, if the initial response of reporting a High Priority (P1/S1) catastrophic service outage issue to BlackBerry support is NOT acknowledged within 30 minutes, as a BlackBerry Premium Support Plan customer, you may initiate an escalation to successively higher levels of management within BlackBerry's technical support organization. Additionally, if you are not satisfied at any point and time with BlackBerry's progress in resolving any critical existing and/or outstanding issue(s); please feel free to contact the successive levels of management listed below. It is suggested to escalate up each level every 30 minutes until the desired result is reached.

ATTORNEYS' EYES ONLY

# BlackBerry Technology Technical Support Escalation Contacts

| Escalation Level | Name and Role | Phone | Email |
|---|---|---|---|
| 1st | **During Normal Business Hours:**<br>**Angie Simpson,** Technical Account Manager | ■■■■ | [ HYPERLINK "mailto:asimpson@blackberry.com" ] |
| | **Outside Business Hours:**<br>*Contact BlackBerry technical support, ask for supervisor on duty and refer to your Case number. As a TAM customer, you may also ask for the TAM-On call to be engaged.* | ■■■■ | N/A |
| 2nd | **Bryan Horn,** Senior Manager | ■■■■ | [ HYPERLINK "mailto:brhorn@blackberry.com" ] |
| 3rd | **Sasha Herakovic,** Vice President | ■■■■ | [ HYPERLINK "mailto:sherakovic@blackberry.com" ] |