# EXHIBIT 10

## ATTORNEY CLIENT PRIVLEGED – ATTORNEY WORK PRODUCT

To:     John Chen and Nita White-Ivy

From:   Richard Curiale and Monica Lee

Subject: Investigation Report re: Issues Raised by Neelam Sandu

Date:   February 10, 2023

### Issues Investigated

On February 8, 2023, Monica Lee and I were tasked with investigating several issues that were raised in two email communications to Nita White-Ivy. One issue dealt with what Neelan perceived as John Giamatteo's attempt to diminish her role or exit her from the company. The second issue dealt with Neelam's belief that the Cyber BU team was continuing to push the GoC to purchase Lookout even though they were told to stand down as she is engaged with the CIO's negotiating for the sale of BlackBerry's MTD.

### Witnesses Interviewed

On Wednesday February 8 and Thursday February 9, Monica and I interviewed ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. I independently spoke with Neelam Sandu and John Giamatteo.

### Brief Conclusions

After interviewing these witnesses, we have concluded that there is no concerted <u>intentional</u> effort to diminish Neelam's role within the Elite Group or to force her out of the company. While there are significant issues that are impeding the working relationship between the Elite Group and the sales people, these are issues that have been ongoing for some period of time and are not unique to John Giamatteo or his sales people.

With regard to Neelam's belief that the Cyber BU team was continuing to push the GoC to purchase Lookout even though she is engaged with the CIO's negotiating for the sale of BlackBerry's MTD, while that was initially accurate, that activity has now subsided.

### Discussion

There is little doubt that the salespeople have complained to John Giamatteo with respect to what they perceive as "having the rug pulled out from under them" after working on the Lookout deal for a significant period of time. There is resentment over their <u>perception</u> that Neelam just "swoops" in with a decision as to what should be sold (in this case BlackBerry's MTD) and they are immediately told to "stand down." As a result, many of the sales people are unhappy and disillusioned. Their unhappiness was apparently communicated to John G. In order to try and allay the concerns of the sales team, John

has made comments like "hang in there. Things change over time. Roles change." We have concluded that these kinds of comments were made not to undermine Neelam or her Elite Group, but rather to try and tamp down the highly emotional reactions that many sales people have with regard to what they perceive as Neelam taking over, doing the job they thought they were hired to do and their having to just accept what they believe is the "reduced role" they are relegated to. After John made these comments, we believe they were repeated by some salespeople and were embellished to the point where they became a much-exaggerated version of what John actually said. As a result, we have concluded that John has done nothing that warrants further follow-up with him at this point.

Make no mistake, however. There is no doubt that John is not a fan of the Elite Group. That is unfortunate because the Elite Group performs services that are much needed by BlackBerry and that the sales group is unable to perform. In some instances, this is due more to how Neelam approaches her job – with the attitude of "just put your head down and get it done". This often comes with the unfortunate result that the success she has achieved or the high-level contacts she has developed get buried in a mire of bruised egos, angry accusations and other petty distractions. Despite several conversations I have had with Neelam, she does not accept that she needs do more to make the sales people feel they are part of the decision-making process. While this will not resolve all of the many problems that exist between the Elite Group and sales, it would go a long way towards changing her "bull in a china shop" and "dictatorial" image.

From Neelam's perspective, she does her job, she does it well and she gets results that no one else in sales – including John G. – are capable of getting. With that, I agree. However, at the same time, she also feels that if the sales team and John G. do not recognize that, then that is their problem and they can deal with it. Unfortunately, if Neelam has an Achilles heel, this is it. This is what is what is holding her back from really being able to help BlackBerry's sales team prosper above and beyond the many talents she brings to the Elite Group.

If her success with the Elite Group comes at the expense of and ultimate increased attrition in the sales group, then that greatly diminishes her overall success within and value to the company. I have been investigating issues raised by Neelam for many years now. This is at least my third or fourth investigation regarding issues she has raised. And the common element in all the investigations is that Neelam conveys in her own way the perception of power and the fact that she has a direct line to the CEO. She gives people the impression that when they are dealing with her, they are dealing with the direct emissary of the CEO. Of course, that is true. But that allegedly – according to the salespeople I spoke with in this and other investigations – makes them feel like second class citizens. They become disengaged and angry.

Now, this is not all Neelam's fault. Many of salespeople I spoke with here and in the past are egotistical, whining crybabies who need a very strong manager who demands much more from them than they are currently giving. First and foremost, none of them has ever worked under the model BlackBerry has created. They are an independent group of cowboys who resist what they perceive as any interference with how they want to do their job. Many do not want Neelam around because quite frankly, she makes them look bad. She has energy, talents and a record of success that they don't have. In short, they are jealous. To the extent that Neelam complains that salespeople appear to be working around her – contacting her clients directly without her knowledge, having conversations with her customers without her knowledge, etc. – to some extent this is true. Rather than trying to work to the level that she does, they would rather just eliminate her from their daily work lives. So, they try to work around her to the extent they can.

So the real issue becomes what if anything can be done to change the dynamic between sales and the Elite Group at BlackBerry? I have shared a number of ideas with Neelam. This is not the place to go into what we discussed. She may raise some of these suggestions with you later.

### Conclusions

Our conclusion with respect to the BlackBerry MTD vs. the Lookout issue is as follows. When the decision that Neelam communicated regarding the intention to sell BlackBerry MTD was made, ▇▇▇▇ gave the order to the sales teams to stand down immediately from pushing any Lookout deal. That caused anger and disappointment but, to a greater extent, that order has been followed. We have concluded that while ▇▇▇▇ is disappointed about that decision, he is not defying that order. He is focusing his efforts on other customers and other deals even though he is unhappy about it. He did not say he was going to push the lookout deal despite being told to stop all activity on that front.

There is insufficient evidence to conclude that ▇▇▇▇ from Lookout any inside information regarding any current weaknesses of BlackBerry MTD. ▇▇▇▇ adamantly denies ever doing any such thing. This claim was raised as a result of ▇▇▇▇ (a non- BlackBerry employee) talking to ▇▇▇▇. Unless we speak with ▇▇▇▇ - which I would not recommend doing - it is impossible to judge the credibility of this claim. So at this point, we would give ▇▇▇▇ the benefit of any doubt and conclude he did not make the comments to ▇ he was alleged to have made. If he did, he would be terminated immediately. There is not nearly enough evidence at this point to reach that kind of decision.

We would conclude that ▇▇▇▇ and ▇▇▇▇ may have made comments that Neelam's role would be changing and that in the future she may not be as involved with the customers she now serves. However, we would not conclude that these comments were made maliciously or with any intent to undermine Neelam. Rather, we find that they were embellishments and "hopeful" conclusions that were communicated as a result of the comments John G did make in an attempt to tamp down some of the disillusionment and anger exhibited by some of the salespeople as a result of their interactions with Neelam.

We would conclude that Neelam's complaint that the salespeople are trying to diminish her job is not accurate with regard to actual "intent", but there certainly is evidence that they do try to avoid interacting with her to every extent they possibly can.