# EXHIBIT 12

**From:** Richard Curiale [rcuriale@curialewilson.com]
**Sent:** 3/20/2023 11:21:37 AM
**To:** John Chen [john.chen@blackberry.com]
**Subject:** I talked to Neelam

CAUTION - This email is from an external source. Please be cautious with links and attachments. (go/taginfo)

Told her my advice was to take the CMO position in a heartbeat. I said that is what I would do if I were her. I told that when you leave BB she is either not going to survive there or want to be there and she agreed. I said having that on her resume would make her much more attractive and marketable and that what she needs to think about now is her long term future post BB and not the short term for the next year or so. It was a good call. She agreed with everything I said. My bet is she will let you know in a day or two she wants the CMO job.