# EXHIBIT 13

| From: | Richard Curiale [rcuriale@curialewilson.com] |
|---|---|
| Sent: | 3/8/2023 5:52:01 PM |
| To: | John Chen [john.chen@blackberry.com] |
| Subject: | Neelam just called |

CAUTION - This email is from an external source. Please be cautious with links and attachments. (go/taginfo)

Said she couldn't thank me enough. She felt things were going to work out. She said she was ready to compromise now and was enthusiastic that about what she perceived as your openness to hammering out a list of elite and win win clients that she could focus on with no interference from the sales group. I must say this was the most positive I have ever heard her.

Richard J. Curiale
Managing Partner
Curiale Wilson LLP
201 Spear Street
Suite 1100
San Francisco CA  94105
▇▇▇▇▇▇▇

CONFIDENTIAL
BB13-00012829