# EXHIBIT 14



June 1, 2023

Neelam Sandhu

███████████████

(Delivered by hand at BlackBerry's San Ramon office)

Dear Neelam,

This is to confirm your acceptance of the role of Chief Marketing & Elite Customer Success Officer.

The terms and conditions of your current Employment Agreement will continue to govern your employment with BlackBerry Corporation ("BlackBerry") except for the following modifications:

**1) Employment**

   a) Your new position title is Chief Marketing & Elite Customer Success Officer.

   b) You will continue to be employed on a regular full-time basis. Your employment at BlackBerry continues to be "at will."

**2. Compensation**

   a) There will be no change to your current bi-weekly base salary of $12,307.69 ($320,000 annualized), paid bi-weekly, less payroll deductions and required withholdings, deposited to your bank account on record with the payroll department.

   b) Your annual target incentive bonus of $192,000 will be split into two parts: 50% under Variable Incentive Pay (VIP) Program and 50% on Sales Incentive Pay (SIP) Program.

To confirm in writing your acceptance of your new position, please sign below and return a copy of this document to me by Monday, June 5, 2023.

Thank you for your ongoing dedication and commitment to BlackBerry.

Sincerely,

BlackBerry Corporation

Per: _____
Nita C. White-Ivy
Chief Human Resources Officer

Accepted:

_____      06/15/23
Neelam Sandhu (signature)         Date

BlackBerry Corporation, 3001 Bishop Drive, Suite 400, San Ramon, CA 94583 Tel: (925) 242-5660

*BlackBerry and related trademarks, names and logos are the property of BlackBerry Limited and are registered and/or used in the U.S. and countries around the world.*

DOE000098