# EXHIBIT 15



September 1, 2023

Neelam Sandhu

Dear Neelam,

This letter is to confirm that, in connection with your employment by BlackBerry Corporation, a subsidiary of BlackBerry Limited ("BlackBerry"), I have approved the following recommendation, subject to the terms set out below:

(A) **Time-Based Restricted Share Units (TBRSUs)** – As Executive Chairman & Chief Executive Officer, I have approved a recommendation that you participate in the BlackBerry Limited Equity Incentive Plan (the "Plan") with a TBRSU grant with a value of $200,000 USD. The actual number of TBRSUs awarded will be determined in accordance with BlackBerry's Policy on Granting Equity Awards by converting the above US dollar value into a number of TBRSUs based on the closing price of BlackBerry's common shares on NYSE on the grant date and rounded down to nearest TBRSU (whole numbers only). The grant will be made on the next available quarterly grant date in accordance with the Policy on Granting Equity Awards. The specific terms and conditions of any TBRSUs granted will be governed by the Plan and the TBRSU award agreement relating to any such grant.

-AND-

(B) **Performance-Based Restricted Share Units (PBRSUs)** – As Executive Chairman & Chief Executive Officer, I have approved for you to participate in the BlackBerry Limited Equity Incentive Plan (the "Plan") with a PBRSU grant with a value of $200,000 USD. The actual number of PBRSUs awarded with be determined in accordance with the Policy on Granting Equity Awards by converting the above US dollar value into a number of PBRSUs based on the closing price of BlackBerry's common shares on NYSE on the grant date and rounded down to the nearest PBRSU (whole numbers only). The PBRSUs will vest entirely, partially, or not at all, based on BlackBerry's total Software and Services billings and non-GAAP earnings per share performance, in each case over a period of three fiscal years, compared to targets for such metrics in BlackBerry's annual operating plan. Any PBRSUs granted will be governed by the Plan and detailed terms and conditions of the award will be set out in a PBRSU award agreement that will be provided to you. The grant will be made on the next available quarterly grant date in accordance with the Policy on Granting Equity Awards.

In particular (i) you will have no claim relating to your Equity Award or any losses or potential losses in the event that your employment with BlackBerry Corporation is terminated for whatever reason (whether with or without cause) and (ii) nothing in the grant of any equity award to you or in the terms of this letter or of the Plan will create or imply any employment relationship with BlackBerry Limited nor any right to continued employment with BlackBerry Corporation.

Yours sincerely,
BlackBerry Limited

Per: _____
John S. Chen
Executive Chairman & Chief Executive Officer

Last Updated Date: 2022/09/29

BlackBerry Limited  2200 University Avenue East, Waterloo, Ontario, Canada N2K 0A7  tel: +1 (519) 888-7465  fax: +1 (519) 888-1975

CONFIDENTIAL

BB13-00005014