# EXHIBIT 19

# Case: 362 - EP Website
# Reports to the Audit Committee
# Discrimination, Harassment or Diversity

Top of Form

## Case Snapshot

**Opened:** 10/26/2023
**Days open:** Less than 24 hours
**Last modified:** 10/26/2023 10:40 AM
**Intake method:** EP Website
**Status:** Unassigned
**Alert:** Green

## General Case Info

**Case number:**
362
**Received/Reported date:**
10/26/2023
**Language:**
English
**Assigned tier:**
Reports to the Audit Committee

### Issue
**Primary issue:**
Discrimination, Harassment or Diversity

## Case Details

### Reported tier information
**Case type:**
Allegation
**Intake method:**
EP Website

### Location
**Organization/Building name:**
BlackBerry
**Location/Address:**

**Country/Territory:**
USA
**BGS:**
No
**Audit:**
Yes

### Reporter Information
**Reporter anonymous:**
Yes

**Case Information**



**Details:**
Dear BlackBerry HR and Board members,

**Legacy information**

## Follow-ups

### Reporter Additional Information
There are no additional notes for this incident.

### Questions/Comments and Reporter Responses
There are no questions asked by the client.

## Assignments & Access

**Case assignee(s):** None
**Restricted access:** None
**Case access list:** Bramhill, Jennifer; Disbrow, Lisa; White-Ivy, Nita; Wilson, Jim