# EXHIBIT 21

From: Jennifer Bramhill [jbramhill@blackberry.com]
Sent: 10/28/2023 6:18:32 PM
To: Phil Kurtz [pkurtz@blackberry.com]
Subject: Confidential - Response

Hi Phil,

Sending the response received this evening, both as text and screenshot.

**10/28/2023 - Reporter**
Response Thank you very much for your prompt response.



Best regards,

**Jennifer Bramhill** (She/Her)
VP, Employee Relations & HR Business Partner
Phone: +1 (519) 597-0623
jbramhill@blackberry.com

*BlackBerry®* Intelligent Security. Everywhere.