# EXHIBIT 22

Good morning everyone. I've got some notes here on what I'd like to say and then we can discuss it as a group with your questions and comments.

Well, this wasn't the way it was supposed to be.
- The board ran into a couple of issues in the process to a new CEO.
- I hope that my "interim" status will be short.
- 

But as I said in my email this morning = I'm going to operate as if I'm in the seat forever….no babysitting or passive occupation…which is why I wanted to have this call, and why I'm going to spend time with each of you by the end of the day Thursday.

Just FYI, I have a board update call on Friday as they have also decided that this is the time for all of the board members to get more deeply involved.

Why am I coming in with such an aggressive delivery and message?

John did a great job saving this company over the last ten years, but we are now at another critical intersection.
- Our shareholders are extremely unhappy with continued poor financial performance.
- A large percentage of our shareholders are unhappy with the announced outcome of Imperium.
- Even our long-term Cyber customers are unhappy with our product offerings.
- A significant portion of our employees are discouraged and have very little enthusiasm for our company and their jobs.

Our board sees all these things and more. But you get the idea of the crisis we must face.

It's not my intention to make this introductory call all about doom, gloom, and impending disaster. But I'd be trying to deceive you if I didn't tell you the way many perceive our position today. And I suspect that when you contemplate the situation, you see the same thing.

This team isn't made up of slouches! I, and the Board, think you, working as a team, can pull us out of our current situation, but we have to start today.

First, we must show significant positive momentum toward profitability now. We don't have multiple additional quarters to get this done. Our current cost reduction process is too slow and too little. To me, it is also disappointing that it is so top-down and driven by Finance.

There is also a revenue side to profitability and repeated missed forecasts is also disappointing.

Let's also be realistic, and this is harder for the longer-term folks. We aren't the big, very profitable company we used to be. We can't afford big-company bureaucracy, and we've got some of it. Some of the nice-to-have things have to go. Certain functions have to be rethought – do we need them; can they be trimmed down?

There are a lot of people who worry about our cash position. We all need to be very thankful that we have an investor who has been willing to carry us again and again. But that time is rapidly coming to a close as even he has reached the end of his patience.

The board and many of our shareholders think we are being naïve about our cash needs. This needs to be addressed now.

On to Imperium. This process, as I already said, failed as far as the Board and many of our largest shareholders are concerned. While we must continue with the publicly defined action plan, we are going to circle back and look at things. Call it a post-mortem, if you will, but the board will be deeply involved in a detailed level review.

So, by now, you think I'm a wild man and can't wait for the permanent CEO to show up so that he/she can tame the beast. Sorry, but your Board has every intention to charge the new CEO to execute on these key items and a whole tier of things below these.

I, and the whole board, think that this team can solve the challenges and deliver what this company needs to recover our historical leadership position. But we all have to get recommitted and get started today. Hence, my intent to discuss these items and others with you on our calls.

Now, to the bigger team. They need to be comforted that these changes are for the good of the company which translates to good for them. But they need to be challenged to achieve every day.

The message to them obviously needs to be tempered and reinterpreted for them. But you and your next layers down need to be real leaders and coach those below them. And I can't tell you how to do that. But I know what it needs to look like. Every individual, in their own way, needs to understand and support our goals. They need to be stirred to enthusiastically do what they need to do to help the company succeed.

QUESTIONS/DISCUSSION

OK, to wrap this up.

I'm going to have had a discussion with each of you by the end of the week.

Frankly, at that point, we put our foot down to the floor and don't look back.

I don't see failure as an option.

Let's get at it and deliver.

Thanks for your time and I'll be talking with each of you soon.