# EXHIBIT 23

| From: | Neelam Sandhu [nsandhu@blackberry.com] |
|---|---|
| Sent: | 1/20/2022 9:20:16 PM |
| To: | John Giamatteo [jjg@blackberry.com] |
| Subject: | RE: BB Cyber Security Weekly Leadership Team Call |

Received – thanks.

-----Original Appointment-----
**From:** Jenifer Vannoni <jvannoni@blackberry.com> **On Behalf Of** John Giamatteo
**Sent:** Thursday, January 20, 2022 8:21 PM
**Cc:** Neelam Sandhu
**Subject:** BB Cyber Security Weekly Leadership Team Call
**When:** Occurs every Monday effective 11/1/2021 from 8:00 AM to 10:00 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** WebEx

Here is the planned agenda for our Leadership Calls. We'll probably need to adjust this over time, but it's a good starting point.

| Topic | Presenter | Time |
|---|---|---|
| **Opening Comments** | John | 5 minutes |
| **Forecast** | | |
| Last week's CEO submission | Luis | 10 minutes |
| This week forecast | | |
| Staffing levels | | |
| Spark New Business | Adam | 15 minutes |
| Spark Renewals | Neily | 10 minutes |
| Channels | Colleen | 10 minutes |
| Spark PS | Mike | 5 minutes |
| SecuSmart | Christoph | 5 minutes |
| Luis, Neily, and Mike will drop | | |
| **Business Updates** | | |
| Products | Billy | 15 minutes |
| Sales Engineering | Alex | 10 minutes |
| Operations | Karl | 5 minutes |
| Finance | John R | 5 minutes |
| HR | Sean | 5 minutes |
| Other updates / special topics | Various | 20 minutes |

John Giamatteo invites you to an online meeting using Webex.

Meeting number: 2316 396 5440

Meeting password: Ypxz6JwRS28 (97996597 from video systems)

BlackBerry Video Number: 02 2316 396 5440

-------------------------------------------------------
To join this meeting:
-------------------------------------------------------
1. Go to https://blackberry.webex.com/blackberry/j.php?MTID=m2ec41274711ae3cab49bcf0530248752

2. If requested, enter your name and email address.
3. If a password is required, enter the meeting password: Ypxz6JwRS28
4. Click "Join".
5. Follow the instructions that appear on your screen.

---
Audio Conference Information
---
To receive a call back, provide your phone number when you join the meeting, or call the number below and enter the access code.
Canada toll: 416-915-6530
United States TOLL: 415-655-0003

Having trouble dialing in? Try these backup numbers:
United States TOLL: 415-655-0003

Access code:2316 396 5440
Global call-in numbers:
https://blackberry.webex.com/blackberry/globalcallin.php?MTID=mff1b523acbd78743327d5fb1b717b7fd

WAIVER AND ACKNOWLEDGEMENT: By joining this session, you hereby agree that you will not use the WebEx service to communicate any information that is harassing, libelous, threatening, obscene, would violate any third party's intellectual property rights or is otherwise unlawful or constitutes or encourages conduct that could constitute a criminal offence, under any applicable law or regulation.