# EXHIBIT 24

# Short Message Report

| Conversations: 1 | Participants: 3 |
| Total Messages: 1 | Date Range: 11/6/2023 |

## Outline of Conversations

 **Meeting - nsandhu@blackberry.com-0000000250 - 001 - 11-07-2023** • 1 message on 11/6/2023 •
CHill@mofo.com • Neelam Sandhu • Tate, Eric Akira

**Messages in chronological order** (times are shown in GMT -08:00)

💬 **Meeting - nsandhu@blackberry.com-0000000250 - 001 - 11-07-2023**

C  CHill@mofo.com                                                                                        11/6/2023, 7:12 PM
Start Time (UTC): 11/6/2023 5:59:54 PM
End Time (UTC): 11/6/2023 6:52:06 PM
Duration: 00:52:11.8987271
[11/6/2023 6:04:19 PM (UTC)] ETate@mofo.com joined.
[11/6/2023 6:52:05 PM (UTC)] ETate@mofo.com left.
[11/6/2023 6:01:18 PM (UTC)] nsandhu@blackberry.com joined.
[11/6/2023 6:01:19 PM (UTC)] nsandhu@blackberry.com left.
[11/6/2023 5:59:54 PM (UTC)] nsandhu@blackberry.com joined.
[11/6/2023 6:00:59 PM (UTC)] nsandhu@blackberry.com left.
[11/6/2023 6:01:31 PM (UTC)] nsandhu@blackberry.com joined.
[11/6/2023 6:52:03 PM (UTC)] nsandhu@blackberry.com left.
[11/6/2023 6:00:08 PM (UTC)] CHill@mofo.com joined.
[11/6/2023 6:52:06 PM (UTC)] CHill@mofo.com left.

CONFIDENTIAL                                                                                                                BB13-00017753