# EXHIBIT 28

**From:**      Neelam Sandhu [nsandhu@blackberry.com]
**Sent:**      11/16/2023 7:44:37 AM
**To:**      Hill, Christin Joy [CHill@mofo.com]
**CC:**      BlackBerry ELInv [BlackBerry_ELInv@mofo.com]; Nita White-Ivy [nwhiteivy@blackberry.com]; Neelam Sandhu [nsandhu@blackberry.com]
**Subject:**      RE: Follow Up RE: Confidential Meeting
**Attachments:**      MAP 2.0_FINAL_9 November 2023.pdf; RE: PR; Confidential: Malaysia Deal Communications; RE: Confidential: Malaysia Deal Communications

Christin,

Unfortunately, I am sharing another example of John Giamatteo's retaliation against me as it continues today with him still cutting me out of my job.

As BlackBerry's CMO, I am responsible for Press Releases. My team intakes PR requests, writes PR's, is the point of contact with external parties (e.g. customers) if it is a joint PR, I review/edit/approve and then review with CEO for final approval. There are also other tasks my team and I undertake. This accountability is noted in the company MAP and has been for several years.

I reached out to John Giamatteo and his team yesterday to suggest preparing a PR for a Cyber deal (attachment "PR"). He then sent an email (attachment "Malaysia Deal Communications") with the PR already written and approved. I was not involved in or aware of this process at all and nor were my team.

This is a very distressing situation.

Nita,
I have copied you on this email to note this new incident with BlackBerry HR also.

Neelam

---

**From:** Neelam Sandhu <nsandhu@blackberry.com>
**Sent:** Tuesday, November 7, 2023 5:04 PM
**To:** Hill, Christin Joy <CHill@mofo.com>
**Cc:** BlackBerry ELInv <BlackBerry_ELInv@mofo.com>; Neelam Sandhu <nsandhu@blackberry.com>
**Subject:** Follow Up RE: Confidential Meeting

As requested on our call yesterday, attached are some documents that demonstrate JJG's harassment of me, which commenced after I did not respond positively to his suggestive comments.

- Attachment "JJG" has information I had previously sent to HR.
- Two attachments "15 minutes with JJG" that show that I have been trying to meet with him since September on SEM, which he knows from Kevin Easterwood on his team is for cost savings I am trying to drive for the company, but he has been pushing the meeting off. He pushed the meeting off until end of September originally, then to November 3 (at the same time I had heard that he had told people in the company that 'if John Chen and Neelam aren't gone from the company by November 3rd I [JJG] am resigning.' Yesterday his EA asked to move the meeting to November 8, which we did, and today he has completely declined the meeting (attachment "Declined: John Giamatteo | Neelam".
- Attachment "BB Cyber Security Weekly Leadership team Call" where he asked me and three others to join his weekly team call. I agreed to join as often as I could however I did not receive the invite for several months. The other three people on the email received the invite right away. JJG then proceeded to tell others, including John Chen, that I was not attending the meetings and so am not collaborative – commentary which was negatively impacting my

reputation in the company. I asked for the invite several times (e.g. attachment "Cylance Product Issues") before receiving it several months later.

- This was a pattern for JJG – telling me he would invite me to meetings but then not sending me the invite, while sending it to all others. He would then tell people I refused to attend and am not collaborative. He put me in the uncomfortable position of having to prove I was 'nice' and 'collaborative' and to do so with someone who was harassing me. Second attachment "Cylance Product Issues" is another such meeting.

- Attachment "Analyst Day" shows him taking credit for an Elite Customer deal I had closed, which the customer had not at the time given me approval to allude to publicly or mention publicly at the time. JJG mentioned it publicly at Analyst Day as though it were one of his deals and when I asked him he denied mentioning it and then did not reply to my follow up email with a link to the recorded proof.

These are just some examples.

Neelam

| From: | John Giamatteo [jjg@blackberry.com] |
|-------|-------------------------------------|
| Sent: | 11/15/2023 5:24:52 PM |
| To: | Neelam Sandhu [nsandhu@blackberry.com]; Tash Stamatelos [astamatelos@blackberry.com] |
| CC: | Kevin Easterwood [keasterwood@blackberry.com] |
| Subject: | RE: PR |

Sending something now re: Malay deal developments to the broader exec team.

JJG

---

**From:** Neelam Sandhu <nsandhu@blackberry.com>
**Sent:** Wednesday, November 15, 2023 3:39 PM
**To:** Tash Stamatelos <astamatelos@blackberry.com>
**Cc:** Kevin Easterwood <keasterwood@blackberry.com>; John Giamatteo <jjg@blackberry.com>
**Subject:** PR

Tash,
I understand there's good news re: the Malaysia deal.
I'd like to prepare the PR. Do you have a comms contact in the Malaysian government my team/I can work with?
Thanks
Neelam

Sent via BlackBerry UEM for high-security and high-productivity

| **From:** | John Giamatteo [jjg@blackberry.com] |
| --- | --- |
| **Sent:** | 11/15/2023 5:30:04 PM |
| **To:** | Dick Lynch [dick.lynch@blackberry.com]; Richard Lynch (external) [dick@lynches.net]; Phil Kurtz [pkurtz@blackberry.com]; Neelam Sandhu [nsandhu@blackberry.com]; Marjorie Dickman [mdickman@blackberry.com]; Tim Foote [tfoote@blackberry.com]; Steve Rai [steve.rai@blackberry.com] |
| **Subject:** | Confidential: Malaysia Deal Communications |
| **Attachments:** | Confidential - Malaysia - 15 November_clean.docx |

Team,

It looks like we are going to be able to sign the Malaysian GLA deal at APEC this week.  We have been working this deal since April and it has finally come together.

In preparation for this unique milestone, enclosed, is the near final version of the press release after several edits we coordinated with Marjorie and the government relations team, and, the Malaysian and Canadian governments, respectively.  We have final approval from Canada and awaiting final confirmation from Malay this evening.

Dick and legal has also approved the release content so we should be ready to distribute via our PR wire, and, engage with investors anytime after 9am pst Friday, November 17.

Thanks for your support on getting the news out on our big win, and, long-term partnership with the Malaysian government.

Best regards,
JJG


**Significant BlackBerry Cybersecurity Deal with the Government of Malaysia at APEC Leaders' Summit welcomed by Canadian and Malaysian Prime Ministers**

*BlackBerry to provide full suite of cybersecurity solutions to Government of Malaysia in milestone long-term deal*

**San Francisco, United States – November 17, 2023** –The Government of Malaysia and [ HYPERLINK "https://www.blackberry.com/us/en" ] (NYSE: BB; TSX: BB), today announced a long-term software and services agreement to strengthen Malaysia's cybersecurity posture. The landmark deal will enable the Malaysian Government to leverage the full suite of trusted [ HYPERLINK "https://www.blackberry.com/us/en/products/blackberry-cybersecurity" ] solutions, and support the integrity of the Malaysian Communications and Multimedia Commission (MCMC) while upskilling the nation's workforce with advanced cybersecurity technology and training.

The Malaysian public sector will benefit from secure, reliable, real-time access to BlackBerry software and services, hosted in a sovereign cloud. This includes BlackBerry's world-leading cybersecurity solutions powered by [ HYPERLINK "https://www.blackberry.com/us/en/products/blackberry-cybersecurity" ] to predict and prevent cyberattacks, [ HYPERLINK "https://www.blackberry.com/us/en/company/newsroom/press-releases/2022/nato-clears-blackberry-secusuite-for-global-nato-secure-communications" ]-certified [ HYPERLINK "https://www.blackberry.com/us/en/products/secusuite" ]® for secure communications, [ HYPERLINK "https://www.blackberry.com/us/en/products/blackberry-uem" ] (Unified Endpoint Management) to protect government data among a roaming workforce, and [ HYPERLINK "https://www.blackberry.com/us/en/products/critical-event-management/blackberry-athoc" ] used by governments globally for critical event management and incident response.

BlackBerry also announced it will establish a world-class Cybersecurity Center of Excellence (CCoE) in Kuala Lumpur in 2024. The CCoE will offer specialized training to advance Malaysian cybersecurity capacity and readiness, with the goal of reducing the country's shortfall of 12,000 cyber professionals. The Government of Canada welcomed the establishment of the CCoE and plans to work closely with Blackberry, the Government of Malaysia and the CCoE to deliver cybersecurity capacity building assistance to Southeast Asia, as mandated under Canada's Indo-Pacific Strategy.

The fast-growing economy of Malaysia is a strategic choice for BlackBerry's first CCoE in the Asia Pacific region, adding to the company's network of existing CCoEs in America, Canada, and Europe. The CCoE will offer cybersecurity education and training, as well as 'always-on' cyber threat intelligence and incident response teams to help the country safeguard against malicious cyber activity targeting businesses, governments, and infrastructure.  The CCoE also will enhance intelligence sharing between nations and expand BlackBerry's global threat intelligence network.

Malaysian Prime Minister Datuk Seri Anwar Ibrahim said, "To continue to grow, prosper and keep our nation's data and citizens safe, Malaysia must forge international partnerships that embrace cutting-edge technology, and invite foreign investment to rapidly scale up and train a world-class cybersecurity workforce. We are pleased to collaborate with BlackBerry to support Malaysia's goal to be a leading example of cyber-resilience – with the promise of data sovereignty, for our government information, data, and communications."

Canadian Prime Minister Justin Trudeau said, "Cybersecurity is a key pillar of Canada's Indo-Pacific Strategy, which aims to advance peace, security, and cooperation in the region. Cybersecurity is a shared challenge that requires international cooperation, which is why we strongly support BlackBerry's Cybersecurity Center of Excellence in Malaysia, an important bilateral partner of Canada. By supporting Malaysia's future cyber-defenders and establishing stronger regional

[PAGE]



networks for the sharing of expertise between Canada and Southeast Asia, we can further strengthen the resilience and capacity of our two countries and the wider region to counter, deter and respond to cyber threats."

"With nearly 40 years in protecting governments and enterprises globally, BlackBerry is proud to partner with the Governments of Malaysia and Canada to enhance Malaysia's cybersecurity posture – proactively securing the nation's data and mission-critical communications, while also providing support for the management of critical incidents," said John Giamatteo, BlackBerry's Cybersecurity President. "I am also especially proud of the establishment of a BlackBerry Cybersecurity Center of Excellence in Malaysia, designed to support the Prime Minister's strategic goal of growing a skilled cybersecurity workforce and positioning Malaysia as a critical regional hub of threat intelligence."

Mr. Giamatteo will oversee the deployment of BlackBerry Cybersecurity solutions in Malaysia, and the establishment of the BlackBerry CCoE. Joining Mr. Giamatteo at the ceremony was BlackBerry's Chief Government Affairs and Public Policy Officer, Marjorie Dickman, who is responsible for strategic oversight of BlackBerry's global government relations and public policy operations.  Prime Minister Trudeau, Prime Minister Anwar, Mr. Giamatteo and Ms. Dickman participated in the ceremony on the last day of the APEC Summit in San Francisco.


##

**About BlackBerry**

BlackBerry (NYSE: BB; TSX: BB) provides intelligent security software and services to enterprises and governments around the world. The company secures more than 500M endpoints including over 235M vehicles. Based in Waterloo, Ontario, the company leverages AI and machine learning to deliver innovative solutions in the areas of cybersecurity, safety, and data privacy solutions, and is a leader in the areas of endpoint security, endpoint management, encryption, and embedded systems. BlackBerry's vision is clear - to secure a connected future you can trust.

BlackBerry. Intelligent Security. Everywhere.

For more information, visit BlackBerry.com and follow @BlackBerry.

*Trademarks, including but not limited to BLACKBERRY and EMBLEM Design are the trademarks or registered trademarks of BlackBerry Limited, and the exclusive rights to such trademarks are expressly reserved. All other trademarks are the property of their respective owners. BlackBerry is not responsible for any third-party products or services.*

**Media Contacts:**
BlackBerry Media Relations
+1 (519) 597-7273
[ HYPERLINK "mailto:mediarelations@BlackBerry.com" ]

CONFIDENTIAL BB13-00018202

| **From:** | John Giamatteo [jjg@blackberry.com] |
| --- | --- |
| **Sent:** | 11/15/2023 6:35:02 PM |
| **To:** | Dick Lynch [dick.lynch@blackberry.com]; Richard Lynch (external) [dick@lynches.net]; Phil Kurtz [pkurtz@blackberry.com]; Neelam Sandhu [nsandhu@blackberry.com]; Marjorie Dickman [mdickman@blackberry.com]; Tim Foote [tfoote@blackberry.com]; Steve Rai [steve.rai@blackberry.com] |
| **Subject:** | RE: Confidential: Malaysia Deal Communications |

Team,

Update:  We just received final approval from the Malay gov....we are good to go!

JJG

---

**From:** John Giamatteo
**Sent:** Wednesday, November 15, 2023 5:30 PM
**To:** Dick Lynch <dick.lynch@blackberry.com>; 'Richard Lynch' <Dick@Lynches.net>; Phil Kurtz <pkurtz@blackberry.com>; Neelam Sandhu <nsandhu@blackberry.com>; Marjorie Dickman <mdickman@blackberry.com>; Tim Foote <tfoote@blackberry.com>; Steve Rai <steve.rai@blackberry.com>
**Subject:** Confidential: Malaysia Deal Communications

Team,

It looks like we are going to be able to sign the Malaysian GLA deal at APEC this week.  We have been working this deal since April and it has finally come together.

In preparation for this unique milestone, enclosed, is the near final version of the press release after several edits we coordinated with Marjorie and the government relations team, and, the Malaysian and Canadian governments, respectively.  We have final approval from Canada and awaiting final confirmation from Malay this evening.

Dick and legal has also approved the release content so we should be ready to distribute via our PR wire, and, engage with investors anytime after 9am pst Friday, November 17.

Thanks for your support on getting the news out on our big win, and, long-term partnership with the Malaysian government.

Best regards,
JJG