# EXHIBIT 32

| From: | Neelam Sandhu [nsandhu@blackberry.com] |
|---|---|
| Sent: | 11/16/2023 8:07:54 AM |
| To: | Dick Lynch [dick.lynch@blackberry.com] |
| Subject: | FW: Follow Up RE: Confidential Meeting |
| Attachments: | MAP 2.0_FINAL_9 November 2023.pdf; RE: PR; Confidential: Malaysia Deal Communications; RE: Confidential: Malaysia Deal Communications |

Dick,

From our interactions to date I believe that company culture, transparency, and teamwork are important to you, to ultimately drive company results.

With that, I would like to make you aware of this recent example where that has not happened (and has not been happening for a long time), and request your help with addressing it. I would appreciate your support.

Thank you,
Neelam

---

**From:** Neelam Sandhu
**Sent:** Thursday, November 16, 2023 7:45 AM
**To:** Hill, Christin Joy <CHill@mofo.com>
**Cc:** BlackBerry ELInv <BlackBerry_ELInv@mofo.com>; Nita White-Ivy (nwhiteivy@blackberry.com) <nwhiteivy@blackberry.com>; Neelam Sandhu <nsandhu@blackberry.com>
**Subject:** RE: Follow Up RE: Confidential Meeting

Christin,

Unfortunately, I am sharing another example of John Giamatteo's retaliation against me as it continues today with him still cutting me out of my job.

As BlackBerry's CMO, I am responsible for Press Releases. My team intakes PR requests, writes PR's, is the point of contact with external parties (e.g. customers) if it is a joint PR, I review/edit/approve and then review with CEO for final approval. There are also other tasks my team and I undertake. This accountability is noted in the company MAP and has been for several years.

I reached out to John Giamatteo and his team yesterday to suggest preparing a PR for a Cyber deal (attachment "PR"). He then sent an email (attachment "Malaysia Deal Communications") with the PR already written and approved. I was not involved in or aware of this process at all and nor were my team.

This is a very distressing situation.

Nita,
I have copied you on this email to note this new incident with BlackBerry HR also.

Neelam

---

**From:** Neelam Sandhu <nsandhu@blackberry.com>
**Sent:** Tuesday, November 7, 2023 5:04 PM
**To:** Hill, Christin Joy <CHill@mofo.com>
**Cc:** BlackBerry ELInv <BlackBerry_ELInv@mofo.com>; Neelam Sandhu <nsandhu@blackberry.com>
**Subject:** Follow Up RE: Confidential Meeting

As requested on our call yesterday, attached are some documents that demonstrate JJG's harassment of me, which commenced after I did not respond positively to his suggestive comments.

- Attachment "JJG" has information I had previously sent to HR.
- Two attachments "15 minutes with JJG" that show that I have been trying to meet with him since September on SEM, which he knows from Kevin Easterwood on his team is for cost savings I am trying to drive for the company, but he has been pushing the meeting off. He pushed the meeting off until end of September originally, then to November 3 (at the same time I had heard that he had told people in the company that 'if John Chen and Neelam aren't gone from the company by November 3rd I [JJG] am resigning.' Yesterday his EA asked to move the meeting to November 8, which we did, and today he has completely declined the meeting (attachment "Declined: John Giamatteo I Neelam".
- Attachment "BB Cyber Security Weekly Leadership team Call" where he asked me and three others to join his weekly team call. I agreed to join as often as I could however I did not receive the invite for several months. The other three people on the email received the invite right away. JJG then proceeded to tell others, including John Chen, that I was not attending the meetings and so am not collaborative – commentary which was negatively impacting my reputation in the company. I asked for the invite several times (e.g. attachment "Cylance Product Issues") before receiving it several months later.
- This was a pattern for JJG – telling me he would invite me to meetings but then not sending me the invite, while sending it to all others. He would then tell people I refused to attend and am not collaborative. He put me in the uncomfortable position of having to prove I was 'nice' and 'collaborative' and to do so with someone who was harassing me. Second attachment "Cylance Product Issues" is another such meeting.
- Attachment "Analyst Day" shows him taking credit for an Elite Customer deal I had closed, which the customer had not at the time given me approval to allude to publicly or mention publicly at the time. JJG mentioned it publicly at Analyst Day as though it were one of his deals and when I asked him he denied mentioning it and then did not reply to my follow up email with a link to the recorded proof.

These are just some examples.

Neelam