# EXHIBIT 33

| From: | Phil Kurtz [pkurtz@blackberry.com] |
|---|---|
| Sent: | 11/29/2023 1:03:27 PM |
| To: | Dick Lynch [dick.lynch@blackberry.com] |
| Subject: | RE: STRICTLY CONFIDENTIAL: BlackBerry Preliminary Severance Calculations |

Yes, that's the plan. I need to review the Nita folders and connect with external counsel. Will take a bit of time but of course it's a priority.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Dick Lynch <dick.lynch@blackberry.com>
**Date:** Wednesday, Nov 29, 2023 at 4:00 PM
**To:** Phil Kurtz <pkurtz@blackberry.com>
**Subject:** FW: STRICTLY CONFIDENTIAL: BlackBerry Preliminary Severance Calculations

Phil,

You and I need to play out some scenarios on Neelam as I need/want some flexibility that this doesn't give me.

Dick

---

**From:** Sean Bartley <sbartley@blackberry.com>
**Sent:** Wednesday, November 29, 2023 3:05 PM
**To:** Dick Lynch <dick.lynch@blackberry.com>
**Cc:** Phil Kurtz <pkurtz@blackberry.com>
**Subject:** STRICTLY CONFIDENTIAL: BlackBerry Preliminary Severance Calculations

Good Afternoon Dick,
Please see below the termination without cause or good reason severance terms for each of the 3 individuals we discussed as per their current agreements and with an effective date of December 1, 2023. [Redacted - Attorney-Client Privilege]

**Redacted - Attorney-Client Privilege**

3.   Neelam Sandhu (Severance Period – 50 Weeks)
Severance Payment - $307,692 USD

Further details of their severance term calculations can be found below:

| Name | Title | Compensation Grad | Continuous / Company Service Date | Years of Service as of December 1, 2023 | Base Salary | Currency | Requires Signing Release of Claims (Yes or No) | Salary Continuation (Yes or No) | Severance Period | Cash | Equity | Benefits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BlackBerry Executive Officers** | | | | | | | | | | | | |
| ▮▮▮ | ▮▮▮ | X2 | Redacted - Attorney-Client Privilege | | | | | | | | | |
| ▮▮▮ | ▮▮▮ | X2 | | | | | | | | | | |
| **BlackBerry Senior Leaders (Non-Officers)** | | | | | | | | | | | | |
| Neelam Sandhu | Chief Marketing & Elite Customer Success Officer | X4 | 2/16/2009 | ▮▮▮ | USD | Yes | No | ▮▮▮ | (8 weeks Base Salary plus 3 weeks Base Salary for each Year of Service to a maximum of 52 weeks) | | |

Please let me know if you have any questions or require any further details / calculations on this matter.
Regards,

Sean Bartley
Vice President & Deputy CHRO, Global Total Rewards and HR Systems
Office: +1 (519) 597-0597
Mobile: +1 (226) 978-4665
sbartley@blackberry.com

**BlackBerry®** Intelligent Security. Everywhere.