# EXHIBIT 36

| From:    | Dick Lynch [dick.lynch@blackberry.com] |
|----------|----------------------------------------|
| Sent:    | 12/8/2023 2:49:10 PM |
| To:      | Neelam Sandhu [nsandhu@blackberry.com] |
| BCC:     | Phil Kurtz [pkurtz@blackberry.com]; Tim Foote [tfoote@blackberry.com] |
| Subject: | Resignation option |

Neelam,

It is after 5:00pm on Friday here in the east. Your employment ceases next Friday based on the notice I gave you on Monday. When we talked, I gave you the option to portray your departure as a resignation in spite of the fact that the company has determined to sever you and pay you what is due in these circumstances.

It is unfair to your employees and the company not to begin the restructuring of your organization and duties while we wait indefinitely for your decision on how you want your departure to be portrayed. To be able to make the proper transition for your team, especially since I have already relieved you of your duties, I need an answer from you no later than 5:00pm EST on Sunday. If I have not seen a resignation announcement from you that has been sent out to at least your team, I will be prepared to put out an announcement that you are scheduled to leave the business.

I also want to be clear that you no longer need to appear at your office except for the purpose of following the steps to process the separation such as turning in your company equipment, ID, and signing the necessary documentation, etc.

Dick