# EXHIBIT 37

| From: | Dick Lynch [dick.lynch@blackberry.com] |
|---|---|
| Sent: | 12/10/2023 3:58:51 PM |
| To: | Shakyra Adorno [sadorno@blackberry.com]; Marc Cormier [mcormier@blackberry.com]; Steve Kovsky [skovsky@blackberry.com]; Tom Jackson [tjackson@blackberry.com]; Anthony Harrison [aharrison@blackberry.com]; Lisbeth Hansen [lhansen@blackberry.com]; Daniel Miles [dmiles@blackberry.com]; Jessie Hodell [jhodell@blackberry.com]; Lorenzo Monaco [lmonaco@blackberry.com]; Maaz Yasin [maazyasin@blackberry.com]; Mark Mosiadz [mmosiadz@blackberry.com]; Michelle Yu [michyu@blackberry.com]; Noah Campbell [nocampbell@blackberry.com]; Steven Harper [stharper@blackberry.com] |
| Subject: | Personnel announcement for the Marketing and Elite Teams |

To the Marketing and Elite teams,

I would like to let you know the Neelam is leaving BlackBerry. Her last day will be December 15.

While all of us would have liked to resolve the transition of reporting relationships by now, for a number of reasons, we've been unable to do so. While we work through this organizational realignment, I ask for your patience. I'm sure each of you will continue to address the daily needs in each of your roles and, for that, I thank you. I hope that the organizational answers are clear within the next week.

I'm sure we all wish Neelam the best as her professional career takes a new direction.

Best,

Dick Lynch

CONFIDENTIAL