# EXHIBIT 38

| From: | Richard Curiale [rcuriale@curialewilson.com] |
| --- | --- |
| Sent: | 2/13/2023 9:02:02 AM |
| To: | John Chen [john.chen@blackberry.com] |
| Subject: | Fwd: Lunch |

**CAUTION** - This email is from an external source. Please be cautious with links and attachments. (go/taginfo)

Here is the email I sent her.

Richard J. Curiale
Managing Partner
Curiale Wilson LLP
███████████

Begin forwarded message:

**From:** Richard Curiale <rcuriale@curialewilson.com>
**Date:** February 13, 2023 at 7:42:36 AM PST
**To:** Neelam Sandhu <nsandhu@blackberry.com>
**Subject: Lunch**

Good morning Neelam. I had a really positive discussion with John Chen yesterday about the importance of the Elite Group and the kinds of things that need to be done to increase the integration of the sales teams and your group. John clearly recognizes your significant value to the company while at the same time recognizing that the sales team needs to perform at a level that improves BlackBerry's overall performance. John suggested it would be a good idea if you and I worked together to come up with a plan moving forward to improve relations between Elite and sales such that sales will recognize the value added that you bring and will be more receptive to the sales model BlackBerry has established. What I got from the sales people I interviewed was that they have never worked with this kind of model. They were much more independent in their prior positions.

To that end, I would like to have lunch with you to kick off this project. Can I talk you into coming to SF? I'll take you to Villa Taverna. It's a private lunch/dinner club with incredible food and an atmosphere very conducive to getting some work done. If you are amenable to that, please give me a few dates over the next two weeks and I'll make a reservation.

I think we can come up with a plan that will satisfy John and will go a long way towards making your job working with the sales team a lot easier and more enjoyable.

Richard J. Curiale
Managing Partner
Curiale Wilson LLP
███████████

CONFIDENTIAL                                                                                                                                                      BB13-00011767