# EXHIBIT 40

| | |
|---|---|
| From: | Richard Curiale [rcuriale@curialewilson.com] |
| Sent: | 3/3/2023 8:07:53 PM |
| To: | Neelam Sandhu [nsandhu@blackberry.com] |
| Subject: | Re: Possible compromise |

CAUTION - This email is from an external source. Please be cautious with links and attachments. (go/taginfo)

Much appreciated. Thanks.

Richard J. Curiale
Managing Partner
Curiale Wilson LLP
███████████

> On Mar 3, 2023, at 8:06 PM, Neelam Sandhu <nsandhu@blackberry.com> wrote:
>
> Hi Rich - thanks for this note.  I really appreciated our dialogue over lunch and your time.  Offloading a number of my current clients is unlikely to be comfortable for me.  However, I am committed to thinking about it this weekend before making a decision on my next steps.
>
> Neelam
>
> -----Original Message-----
> From: Richard Curiale <rcuriale@curialewilson.com>
> Sent: Friday, March 3, 2023 7:00 PM
> To: Neelam Sandhu <nsandhu@blackberry.com>
> Subject: Possible compromise
>
> CAUTION - This email is from an external source. Please be cautious with links and attachments. (go/taginfo)
>
>
> Hello Neelam. I spoke to John Chen regarding what I thought was a very constructive dialogue we had at lunch. The bottom line is John will consider two separate groups each having exclusive jurisdiction over their respective clients. The devil is now in the details. Given your skills and talents, John would like you to offload a number of your current clients and replace them with a larger group of win back targets. If you could win back a number of the bigger clients, he sees that as the best use of your talents.  I don't know if that is acceptable to you but I hope you will consider that. I think this will really challenge you and give you the opportunity to bring an even greater value to BlackBerry.
>
> Richard J. Curiale
> Managing Partner
> Curiale Wilson LLP
> 201 Spear Street
> Suite 1100
> San Francisco CA  94105
> ███████████
>
>
>
> -------------------------------------------------------------------
> This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the solicitor-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.