# EXHIBIT 41

| From: | Neelam Sandhu [nsandhu@blackberry.com] |
|---|---|
| Sent: | 4/20/2023 3:57:22 PM |
| To: | John Chen [john.chen@blackberry.com]; John Giamatteo [jjg@blackberry.com]; Adam Enterkin [aenterkin@blackberry.com]; Hans-Peter Bauer [hbauer@blackberry.com]; Tash Stamatelos [astamatelos@blackberry.com] |
| CC: | Steve Rai [steve.rai@blackberry.com]; Jay Chai [jay.chai@blackberry.com]; John Routa [jrouta@blackberry.com]; Francesco Palopoli [fpalopoli@blackberry.com] |
| Subject: | RE: MAP update section 17.0 |

Thanks and noted, John
Looking forward to a successful FY24
Neelam

**From:** John Chen <john.chen@blackberry.com>
**Sent:** Wednesday, April 19, 2023 4:25 PM
**To:** John Giamatteo <jjg@blackberry.com>; Neelam Sandhu <nsandhu@blackberry.com>; Adam Enterkin <aenterkin@blackberry.com>; Hans-Peter Bauer <hbauer@blackberry.com>; Tash Stamatelos <astamatelos@blackberry.com>
**Cc:** Steve Rai <steve.rai@blackberry.com>; Jay Chai <jay.chai@blackberry.com>; John Routa <jrouta@blackberry.com>; Francesco Palopoli <fpalopoli@blackberry.com>
**Subject:** MAP update section 17.0

**The following is the latest update to section 17.0 of the MAP ; This is design to increase company productivities and reduce inter-company conflicts. Please be sure that your teams are in compliance in action and spirit.
In order to serve the company well, I expect collaborative and cooperate spirits.**

**This is effective immediately
Good luck and good selling**

**John Chen**

### 17.0 ELITE TARGETED ACCOUNTS (15)

The following list represents all the Elite Targeted Accounts that are designated exclusively to the Elite Customer Success Team ("ECST") for all aspects of Cybersecurity related sales and account management.

For clarity, the ECST shall have full account responsibility including field marketing, business development, all phases of the sales cycle from quote to completion of sale, ongoing relationship management and customer success activities for these 15 accounts. Similarly, all other Cybersecurity accounts in the prior Elite 30 customer list are now under full ownership of the Cybersecurity & IoT business unit. Corporate Finance will work with Sales Operations to determine updates needed to system workflows, such as in SFDC, to align with the above.

To avoid duplication of various engineering and service related resources, the Cybersecurity business unit shall cooperatively support account needs on a reasonable/best efforts basis. Professional Services orders from these accounts shall be serviced by the Cybersecurity team but managed by the ECST.

Bank of America



SSC + all Canadian Government  Federal agencies (exclude local , Municipal etc)



-----

Amazon



Barclays

BNP Paribas



CIBC

Deutsche/Postbank

DHL

