# EXHIBIT 48

# EXHIBIT 34



① 

INSIDE:   "Morale is worst it's ever been"
          "Quiet-Quitting all over company"
            ∴ There remains a core of high-energy achievers
          QNX not part of BB
      Bureaucracy structured and sized for much larger company
              and protected by ELT

      Management has been HUB + SPOKE
          most afraid to move; if did - wings clipped


      Cyber is top heavy with products and territories
          no apparent thought of pruning either

      ~~QNX has quoted as~~
          Need new incentives for employee enthusiasm
          Need cultural shift.


      Work-from-home tensions   for the few, not most


      Employees waiting for house cleaning and changes


      I sent letter to all employees to try to set tone
          for change and relate to average employees
            ∴ seems to have had positive reception or wait and see
                = no negatives

      ~~Monday I had group call with John's direct reports~~

ATTORNEYS' EYES ONLY

BB13-00019036
BBG00000487

②

Monday group call with all Direct Reports

No time to waste. I'm going to operate as if I'm here forever
- shareholders unhappy with results
- ▓▓▓ unhappy with Imperium
- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- Employees discouraged

Encouraged team and said need to show progress now, not in two or three quarters

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Expense reduction evident this month

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Imperium will get a reboot in less than 10 days

ATTORNEYS' EYES ONLY

BB13-00019037
BBG00000487

(3)

Individual discussions with all direct reports
- some/most very open
- a couple not so

- General agreement on problems/issues (couple exceptions)

Need to go: ███████████
    Neelam Sondhu
███████████████████████
███████████████████████████

Sleepers (positive) ████████
████████████
████████████

Surprise: John G. unknown to most
            somewhat territorial
            ~~fully~~ not fully responsive on cuts

Overall, need definition of success
         need authority to do things
         need feedback not instructions

ATTORNEYS' EYES ONLY

BB13-00019038
BBG00000487

④

Key Items: ~~for rest~~

███████████  ███████████
              ███████████
         [Lisa will follow]

██████████████████████████
         [Lisa with Steve]

Publicly cut real estate - San Ramon, Waterloo 3 and 2
    [I'm meeting with Steve's RE guy]

I'm reviewing all PR and IR and social messaging
until Tim and Neelam understand new strategy

I've agreed to talk to ████████
         [Mike should you be there for continuity?]

I'm setting up operational reviews if still in
job in 2 weeks.

ATTORNEYS' EYES ONLY

BB13-00019039
BBG00000487

⑤

IMPERIUM

Reboot under same name

[REDACTED]

I intend — if board agrees — to convert to wanted outcome and put different people in charge.

To immediate work to form
α Independently functioning operating companies with different dBA names
Cyber + IoT with extremely small common holding co.
[spend no further money on Sub-IPO]
• expect entities to each require less than 50% of current corp. G+A
  • current corp G+A excess are let go
  • streamline all bureaucratic flows

[REDACTED]

• Immediate public activity to show committed progress

                                              CEO needs to run Cyber?
New team: led by Vito (Mark Wilson?)
              and approved actors to lead each op unit effort
              [Mike and Dick as board oversight]
              [Wayne oversee Gov't relations.]

OK?

ATTORNEYS' EYES ONLY                                                    BB13-00019040
                                                                        BBG00000487

?? Lisa or Mike w/ bankers Vito as well?

[REDACTED] — significant silos in company

Long line products to cu[REDACTED]

morale very bad
"Protect" tech was EPP superiority
QNX still doesn't consider itself part BB
John G is consumer-based
John C clipped wings of any independence
{ QNX should have cyber component (Auto/cyber)
{ QNX not plumbers!
John C strongly convergence but couldn't attach

Too many leaders; not collaborating
Loss of accountability when no decision allowed making

ATTORNEYS' EYES ONLY

BB13-00019041
BBG00000487



▮▮▮▮▮▮▮▮▮▮▮▮

Recomendations
- prune/products/non-profitable/
- ½ Charles org.
- move research to IoT
- work from home flexibility
  (my philosophy)
- let people known heads have been cut and current no more plans.
- get rid of leaders who are leaving
∴ Would you go back to PNX
  (who is ▮▮▮▮

Corp Mktg / BU Mktg /

Mary
- no Reminders
  on appts

ATTORNEYS' EYES ONLY



Neelam Sandhu

UK → NY → John offered Chief Staff 10 yrs. ago
Mkg → GTM → Sales → Engineering → Ops → Strategic

Sales Arm – Elite Customers US, CA Gov'ts
    solve too much personal churn
    renewals vs. new business
    grew billings above overall rate ~33%
    this year 15 cust. CA is biggest

Mktg Arm – lots to fix!
    no productivity
    efficiency
    not modern company  Cyber  vs. Microsoft
                         CloudStrike
    conservative QNX
- Smart city, GEM

Team perspective – operate as start-up  low heads

Field marketing not doing field marketing
Lead generation
need agreement on who does what in mktg.

SEM marketing 1.5M spend could save 2/3

ATTORNEYS' EYES ONLY

BB13-00019043
BBG00000487



Needham paid on ~~sales~~ "VIP"
n/15 paid on VIP + SIP
— why not paid on revenue

SecuSuite operates efficiently.
AdHoc
▽ UEM      ⎫ Spark   revenue recognition
  Cylance  ⎭         up front

IOT
  Auto      low ARPU
  GEM                    not enough investment
  IVY
  Smart City
  Manufacturing
▽ Radar

Problem is internal!

Wants CEO Role — Want's to apply!

ATTORNEYS' EYES ONLY

BB13-00019044
BBG00000487

John Gizmotteo

   employee malaise - no energy
     No Culture
     John had no relationship to employees

   change MAP ASAP

   balanced reality comm.    *needs coach*

   Too much overhead G+A/HQ
     even after cuts 10%
     50M from Cyber
   more options for savings
     1. Charles Egan org. (all central orgs)
     2. Corp. Mktg.
     3. Elite Accounts
     4. Facilities (San Ramon)

   = Oblivious to strategy

ATTORNEYS' EYES ONLY

BB13-00019045
BBG00000487

(6)

▮▮▮ Cylance John wanted to tilt BB to cyber

John had very strong views of Imperium outcome

CFO for IoT
GM aspiration not banker

wants to stay in ▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

Separate businesses now
except recent performance IoT

→ attendees incl. ▮▮▮ ▮▮▮ record [scribbled out]

Completely eliminate processes upon a split
— overhead should drop
(bring in consultant for structure)

ATTORNEYS' EYES ONLY

BB13-00019046
BBG00000487

(7)

[REDACTED] — complaints:
    work from home issue
    (hybrid - as needed)

John was very close to business (rubber band)
    controls hiring, promotions, terms
    Managers want control

Waterloo used to be once per quarter
~~Am~~ /Europe only once
Asia not at all

Doing more work and VIP is low.
    even dedicated employees discourage

* every BB employment agreement
   protected class

→ Do a Town Hall ~~[scribbled out]~~

no indication to leave

ATTORNEYS' EYES ONLY   BB13-00019047
BBG00000487

⑧

[redacted]

Financials [redacted]

[redacted]

Develop product, gtm, take resources away if not successful

Missing company wide tech. governance
lack of real integration of all aquisitions

Project Peak = IT cost optimization
looking at cost structure esp. Cylance
target cut cloud costs by >50%
cost reductions [redacted]

Need guardrails in place for cloud $
started in May

[redacted]

ATTORNEYS' EYES ONLY

BB13-00019048
BBG00000487

(9)

████████████████████

Teams, InTune & UEM

Mississauga - what is there?   CISO
Waterloo - lease

Crowdstrike/Central / lose money

\* ████ volunteers for separation project

John actually didn't approve much of
what he had MAP assign for his
approval. Central delegation, not org focused

ATTORNEYS' EYES ONLY

BB13-00019049
BBG00000487

(10)

Phil — ask Neelam
to see all press releases
Blogs
LinkedIn
for next month or so

✳

**Redacted - Attorney-Client Privilege**

ATTORNEYS' EYES ONLY

BB13-00019050
BBG00000487

(11)

[REDACTED] reassessing cash needs next week

John forced lower cash needs for next year

[REDACTED]

* John G. has fought cost reduction job
  refused product and region reductions
  [REDACTED] delivered more than requested.

[REDACTED]

RE list + actions

(12)

Lisa –
  location of board calls

Mike    1. Imperium
        2. Recruit 3 IoT (not all outs)
        3. Assess and adjust board comp to
           (Phil Spencer Stuart)

ATTORNEYS' EYES ONLY

BB13-00019051
BBG00000487