KATHERINE M. FORSTER (State Bar No. 217609)
Katherine.Forster@mto.com
CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
LAUREN N. BECK (State Bar No. 343375)
Lauren.Beck@mto.com
KYRA E. SCHOONOVER (State Bar No. 343166)
Kyra.Schoonover@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant BLACKBERRY CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEELAM SANDHU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BLACKBERRY CORPORATION, a Delaware Corporation,<br><br>Defendant. | **Case No.: 3:24-cv-02002-SK**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BLACKBERRY CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: January 26, 2026<br>Time: 9:30 a.m.<br>Location: Courtroom C<br>Judge: Hon. Sallie Kim |

Upon consideration of Defendant BlackBerry Corporation's Motion for Summary Judgment with respect to the claims asserted by Plaintiff Neelam Sandhu in the above-captioned matter, and after review of the arguments presented by the parties and the record in this case, IT IS HEREBY ORDERED that Defendant BlackBerry Corporation's motion for summary judgment is GRANTED.

The Clerk is directed to enter judgment in favor of Defendant BlackBerry Corporation and against Plaintiff Neelam Sandhu on all claims and to close this case.

IT IS SO ORDERED.

DATED: _____, 2026       By: _____
                                             Honorable Sallie Kim
                                             United States Magistrate Judge