KATHERINE M. FORSTER (State Bar No. 217609)
Katherine.Forster@mto.com
CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
LAUREN N. BECK (State Bar No. 343375)
Lauren.Beck@mto.com
KYRA E. SCHOONOVER (State Bar No. 343166)
Kyra.Schoonover@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendant BLACKBERRY
CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEELAM SANDHU, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>BLACKBERRY CORPORATION, a<br>Delaware Corporation,<br><br>             Defendant. | Case No. 3:24-cv-02002-SK<br><br>**DECLARATION OF PHIL KURTZ IN SUPPORT OF DEFENDANT BLACKBERRY CORPORATION'S MOTION TO SEAL**<br><br>         Judge:      Hon. Sallie Kim |

### DECLARATION OF PHIL KURTZ

I, Phil Kurtz, hereby declare:

1.      I am the Chief Legal Officer and Corporate Secretary of BlackBerry.  In that role, I oversee BlackBerry's global legal affairs, including corporate governance, securities matters, and litigation.  I make this declaration based on my personal knowledge and my review of company records, and I could and would testify competently to the following facts if called as a witness.

2.      I submit this declaration in support of BlackBerry's Motion to File Under Seal portions of Exhibit 48.  Exhibit 48 is a copy of handwritten notes prepared in November 2023 by BlackBerry's then-interim chief executive, Richard Lynch (the "Notes").

3.      I am familiar with BlackBerry's practices concerning the creation and protection of confidential information.  BlackBerry treats as confidential, among other things: (a) internal assessments of individual employees and executives; (b) internal observations regarding BlackBerry's financial planning; (c) contemplated or potential transactions, sell-offs, or discontinuation of products relating to BlackBerry's business; (d) internal debate and disagreements regarding business strategy and cultural dynamics between business units within the company, including the identities of individuals who have expressed views on different sides of those issues; and (e) similar strategic and operational assessments that BlackBerry does not share publicly. BlackBerry seeks to seal the portions of Exhibit 48 that fall into these categories (the "Confidential Portions").  This type of information is disclosed outside the company, if at all, only subject to confidentiality obligations or as required by law.

4.      BlackBerry maintains policies and technical controls to protect such information. Access to internal strategic, financial, and personnel materials is limited to employees with a need to know the information for their roles, and employees are subject to confidentiality obligations through company policies.

5.      Public disclosure of the Confidential Portions would harm BlackBerry and its employees.  The personnel assessments are private evaluations of non-party employees, recorded for internal leadership purposes.  If made public, they could unfairly impact the individuals' professional reputations and chill candid internal discussions about performance and staffing.  They

DECLARATION OF PHIL KURTZ IN SUPPORT OF MOTION TO FILE UNDER SEAL

could also give competitors insight into the composition and perceived strengths and weaknesses of BlackBerry's leadership team, which competitors could exploit when recruiting employees or competing for business.

6.     The references to contemplated or potential transactions, sell-offs, and strategic disagreements likewise concern non-public, preliminary leadership deliberations.  They reveal BlackBerry's internal thinking about possible changes to its business, and the identities of individuals advocating particular strategic directions.  Public disclosure could affect internal governance and employee relations and signal to competitors and market participants BlackBerry's potential strategic moves before they are announced, to BlackBerry's detriment.

7.     The Notes, including the Confidential Portions, were created for internal business purposes and not in connection with this lawsuit.  To my knowledge, the Confidential Portions do not bear on the claims or defenses in this case and are not necessary for the Court to understand or resolve the issues presented by the pending motions.  They concern broader, company-wide leadership and business strategy issues that remain relevant at present day, including employee roles, potential business changes, and product and forecasting strategy.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration on December 10, 2025 in Waterloo, Ontario, Canada.


DATED:  December 10, 2025

Signed by:

By:    *Phil Kurtz*

12D567AD36EA4DE...

Phil Kurtz

DECLARATION OF PHIL KURTZ IN SUPPORT OF MOTION TO FILE UNDER SEAL