KATHERINE M. FORSTER (State Bar No. 217609)
Katherine.Forster@mto.com
CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
LAUREN N. BECK (State Bar No. 343375)
Lauren.Beck@mto.com
KYRA E. SCHOONOVER (State Bar No. 343166)
Kyra.Schoonover@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendant BLACKBERRY
CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEELAM SANDHU, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>BLACKBERRY CORPORATION, a Delaware Corporation,<br><br>        Defendant. | Case No. 3:24-cv-02002-SK<br><br>**[PROPOSED] ORDER RE: MOTION TO FILE UNDER SEAL MATERIALS SUBMITTED IN CONNECTION WITH DEFENDANT BLACKBERRY CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:           Hon. Sallie Kim |

Case No. 3:24-cv-02002-SK

[PROPOSED] ORDER RE: MOTION TO FILE UNDER SEAL MATERIALS SUBMITTED IN CONNECTION WITH DEFENDANT BLACKBERRY CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Having considered Defendant BlackBerry Corporation's Motion to File Under Seal filed concurrently with its Motion for Summary Judgment and supporting exhibits, as well as the party declarations submitted in support of this administrative motion and any materials submitted in support or in opposition thereto, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The following portions of papers related to Defendant's Motion for Summary Judgment and supporting documents may be filed under seal:

| Document | Portion Containing Designated Information | Ruling |
|---|---|---|
| **Motion for Summary Judgment ("MSJ"), Dkt. 111** | Page 1, lines 25-27<br>Page 7, lines 26-27<br>Page 9, line 1 | |
| **Exhibit 1 to Declaration of Lauren Beck ("Beck Decl.")** | Page 22, lines 22, 23<br>Page 56, lines 11, 14-15, 17, 19, 20-25<br>Page 58, lines 7-8, 14, 20<br>Page 59, lines 2-7, 17<br>Page 60, lines 3-4, 5-11<br>Page 105, line 1<br>Page 107, lines 8, 11, 14 | |
| **Exhibit 2 to Beck Decl.** | Pages 1-6 (names) | |
| **Exhibit 3 to Beck Decl.** | Page 93, lines 23-24<br>Page 94, lines 16, 25<br>Page 95, lines 9-15, 23<br>Page 96, lines 1-2, 7, 10 | |
| **Exhibit 5 to Beck Decl.** | Page 1 (PII in To: line) (customer name in Attachments: line) | |

| | | |
|---|---|---|
| **Exhibit 8 to Beck Decl.** | Page 11 (PII phone numbers) | |
| | Page 14 (customer name) | |
| | Page 15 (PII phone numbers) | |
| **Exhibit 9 to Beck Decl.** | Page 5, lines 18-19 (names) | |
| | Page 6, lines 18, 19 (customer name) | |
| | Page 10, lines 1-2 (name) | |
| | Page 16, lines 18-26 | |
| | Page 17, lines 12-16, 21-25 (names and identifiers) | |
| | Page 18, lines 3, 5, 7, 12, 19, 22, 28 (names and identifiers) | |
| | Page 19, lines 1, 4 | |
| | Page 20, lines 7-12 | |
| **Exhibit 10 to Beck Decl.** | Page 1 (names) | |
| | Page 3 (names) | |
| **Exhibit 11 to Beck Decl.** | Page 1 (PII phone number) | |
| **Exhibit 13 to Beck Decl.** | Page 1 (PII phone number) | |
| **Exhibit 19 to Beck Decl.** | Page 1 (identifier) | |
| | Page 2 | |

|   | | | |
|---|---|---|---|
| 1 | **Exhibit 20 to Beck Decl.** | Page 59, line 19 – page 63, line 9 | |
| 2 | | Page 67, line 15 – page 69, line 11 | |
| 3 | | Page 69, lines 12, 17-21, 23 | |
| 4 | | Page 70, lines 5, 13, 17 | |
| 5 | | Page 72, line 21 – page 73, line 16 | |
| 6 | | Page 75, line 10 – page 76, line 1 | |
| 7 | | Page 76, lines 12-18 | |
| 8 | | Page 142, line 25 – page 143, line 8 | |
| 9 | | Page 143, line 22 – page 144, line 116 | |
| 10 | | Page 157, lines 13-19 | |
| 11 | | Page 183, line 10 - page 184, line 2 | |
| 12 | | Page 201, lines 22-25 | |
| 13 | | Page 202, lines 12-23 | |
| 14 | | Page 203, lines 8-14 | |
| 15 | | Page 214, lines 12-19 | |
| 16 | | Page 215, lines 1-5 | |
| 17 | | Page 254, line 7 – page 255, line 2 | |
| 18 | | Page 255, line 13-16, 22-25 | |
| 19 | | Page 256, line 1- page 257, line 15 | |
| 20 | | Page 257, lines 18-20 | |
| 21 | | Page 258, line 12 – page 259, line 1 | |
| 22 | | Page 260, line 1 | |
| 23 | | Page 261, lines 12-17, 24-25 | |
| 24 | | Page 262, line 3 – page 263, line 10 | |
| 25 | **Exhibit 21 to Beck Decl.** | Page 1 | |
| 26 | | | |
| 27 | | | |
| 28 | | | |

| | | |
|---|---|---|
| **Exhibit 25 to Beck Decl.** | Page 3 (names) | |
| | Page 4 (names and identifier) | |
| **Exhibit 26 to Beck Decl.** | Page 2 | |
| | Page 3 | |
| | Page 4 | |
| | Page 5 | |
| | Page 6 | |
| | Page 7 | |
| | Page 8 (names) | |
| | Page 9 (names and identifier) | |
| | Page 11 (names and identifier) | |
| | Page 12 (names) | |
| | Page 13 | |
| | Page 14 | |
| | Page 15 | |
| | Page 16 | |
| | Page 19 (identifier) | |
| | Pages 20-22 | |
| | Pages 23-24 (names) | |
| | Pages 25-28 | |
| | Pages 29-31 | |
| | Page 32 (names) | |
| | Pages 33-39 | |

| | |
|---|---|
| **Exhibit 27 to Beck Decl.** | Page 1 (PII in To: line) |
| | Page 6 (names and identifier) |
| | Page 7 (names and identifiers) |
| | Page 8 (name) |
| | Page 9 (names and identifier) |
| | Page 10 (names and identifier) |
| | Page 11 (names and identifiers) |
| | Page 13 (names) |
| | Page 15 (names) |
| | Page 16 (name) |
| | Pages 20-23 |
| **Exhibit 29 to Beck Decl.** | Page 2-3, 5-6, 8-9, 11-13, 15-27 (customer names) |
| **Exhibit 30 to Beck Decl.** | Page 97, line 18 – page 100, line 20 |
| | Page 106, line 9 – page 107, line 20 |
| | Page 177, lines 12 – page 178, line 21 |
| | Page 251, line 15 – page 253, line 9 |
| **Exhibit 31 to Beck Decl.** | Page 66, line 1 – page 68, line 4 |
| **Exhibit 33 to Beck Decl.** | Page 2 |
| **Exhibit 34 to Beck Decl.** | Page 1 (PII in To: line) |
| | Page 2 |
| **Exhibit 35 to Beck Decl.** | Page 1 (PII health information) |

| | | |
|---|---|---|
| **Exhibit 38 to Beck Decl.** | Page 1 (PII phone numbers) | |
| **Exhibit 40 to Beck Decl.** | Page 1 (PII phone numbers) | |
| **Exhibit 41 to Beck Decl.** | Page 2 (customer names) | |
| **Exhibit 44 to Beck Decl.** | Page 26, line 11<br><br>Page 32, line 20<br><br>Page 33, lines 1-2<br><br>Page 38, line 22<br><br>Page 41, lines 1, 24-25<br><br>Page 42, lines 6, 8-9, 23, 25<br><br>Page 43, lines 3, 6, 16, 20, 23<br><br>Page 44, line 1<br><br>Page 61, lines 18-19, 24<br><br>Page 107, line 2 | |

| | | |
|---|---|---|
| **Exhibit 45 to Beck Decl.** | Page 26, line 17 | |
| | Page 27, line 21 | |
| | Page 28, lines 7, 9, 14 | |
| | Page 30, line 9 | |
| | Page 35, line 3 | |
| | Page 36, lines 5, 8, 10, 12 | |
| | Page 55, line 9 | |
| | Page 57, lines 2, 4-5 | |
| | Page 58, lines 6, 9 | |
| | Page 59, lines 14, 23 | |
| | Page 62, lines 10, 11 | |
| **Exhibit 46 to Beck Decl.** | Page 41, lines 16-17 | |
| | Page 76, lines 13, 22 | |
| | Page 80, line 10 | |
| | Page 81, lines 4-5 | |
| | Page 82, line 9 | |
| | Page 83, lines 15, 16, 21 | |
| | Page 84, lines 1, 3 | |
| | Page 85, lines 7, 11, 25 | |
| | Page 86, lines 5, 13, 22 | |
| | Page 87, line 3 | |
| | Page 91, line 2 | |
| | Page 101, line 15 | |
| **Exhibit 47 to Beck Decl.** | Page 30, lines 15, 17, 18 | |
| | Page 31, lines 4, 8, 15, 18, 19, 20, 25 | |
| | Page 32, lines 2 | |
| | Page 54, lines 19 and 20 | |

[PROPOSED] ORDER RE: MOTION TO FILE UNDER SEAL MATERIALS SUBMITTED IN CONNECTION WITH DEFENDANT BLACKBERRY CORPORATION'S MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| **Exhibit 48 to Beck Decl.** | Page 2 | |
| | Page 3 | |
| | Page 4 | |
| | Page 5 | |
| | Page 6 | |
| | Page 7 | |
| | Page 11 | |
| | Page 12 | |
| | Page 13 | |
| | Page 14 | |
| | Page 16 | |
| **Exhibit 49 to Beck Decl.** | Page 64, line 18 | |
| | Page 65, lines 1, 4, 7, 12, 16, 19, 24 | |
| | Page 66, line 25 | |
| | Page 67, lines 2, 6, 10 | |
| | Page 68, lines 2, 10, 14, 18 | |
| | Page 69, lines 13, 18, 19 | |
| | Page 70, lines 6, 9 | |
| | Page 75, lines 9-20 | |
| | Page 76, lines 13, 23 | |
| | Page 78, lines 7, 12, 15, 20 | |
| | Page 79, lines 5, 7, 12-15, 20, 22 | |
| | Page 80, lines 1, 10, 12, 20, 22, 25 | |
| | Page 81, lines 2, 13, 22, 25 | |

**IT IS SO ORDERED.**

DATED: _____, 2025

HON. SALLIE KIM
United States District Judge
Northern District of California