# EXHIBIT 7

| From: | Neelam Sandhu [nsandhu@blackberry.com] |
|---|---|
| Sent: | 7/19/2022 9:14:10 PM |
| To: | John Giamatteo [jjg@blackberry.com] |
| Subject: | RE: Org Matter |

Thank you.

**From:** John Giamatteo <jjg@blackberry.com>
**Sent:** Tuesday, July 19, 2022 6:34 PM
**To:** Neelam Sandhu <nsandhu@blackberry.com>
**Subject:** RE: Org Matter

This is the first time I have seen this. I am not sure where it came, who created it, or how it was created.

I'll speak to HP to see what he knows after our QBR this week…as it appears to be EMEA related.

Best regards,
JJG

**From:** Neelam Sandhu <nsandhu@blackberry.com>
**Sent:** Tuesday, July 19, 2022 6:19 PM
**To:** John Giamatteo <jjg@blackberry.com>
**Subject:** Org Matter

JJG,

Attached is an org chart shared by the BlackBerry Cyber BU with a customer. Clearly it is wrong.

As well, this is not the only time I have received indication from a customer/partner that this org structure is being communicated by the BlackBerry Cyber BU.

How do you suggest this be addressed internally and externally?

BR,
Neelam

Sent via BlackBerry UEM - for high productivity and high security