KATHERINE M. FORSTER (State Bar No. 217609)
Katherine.Forster@mto.com
CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
LAUREN N. BECK (State Bar No. 343375)
Lauren.Beck@mto.com
KYRA E. SCHOONOVER (State Bar No. 343166)
Kyra.Schoonover@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant BLACKBERRY CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEELAM SANDHU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BLACKBERRY CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. 3:24-cv-02002-SK<br><br>**DECLARATION OF LAUREN N. BECK REGARDING EXHIBITS TO DKT. NO. 111**<br><br>Judge: Hon. Sallie Kim |

| | |
|---|---|
| 1 | **DECLARATION OF LAUREN N. BECK** |
| 2 | I, Lauren N. Beck, hereby declare: |
| 3 | 1. I am admitted to practice law in the State of California and before this Court. I am |
| 4 | an attorney at Munger, Tolles & Olson LLP, and represent Defendant BlackBerry Corporation in |
| 5 | this action. I submit this declaration regarding exhibits filed at Dkt. No. 111 in this litigation. The |
| 6 | contents of this declaration are based on my personal knowledge, including my personal |
| 7 | knowledge of the documents cited herein. The facts set forth herein are within my personal |
| 8 | knowledge and, if called as a witness, I could and would competently testify to them. |
| 9 | 2. On December 10, 2025, Defendant BlackBerry Corporation filed a Motion for |
| 10 | Summary Judgment (Dkt. No. 111). In support of the motion, BlackBerry filed a Declaration of |
| 11 | Lauren Beck ("Beck Declaration"), Dkt. No. 111-4, which attached exhibits to the Motion for |
| 12 | Summary Judgment at Dkt. Nos. 111-5 through 111-52. |
| 13 | 3. After filing the motion, BlackBerry discovered that it had inadvertently failed to |
| 14 | file one exhibit, Exhibit 7 to the Beck Declaration. BlackBerry attempted to file Exhibit 7 on |
| 15 | December 11, 2025, at Dkt. No. 114, but received a filing error. A copy of **Exhibit 7** to the Beck |
| 16 | Declaration is now attached to this declaration. |
| 17 | 4. After filing the motion, BlackBerry also discovered that five exhibits attached to |
| 18 | the Beck Declaration—Ex. 3 (Dkt. 111-7), Ex. 9 (Dkt. 111-12), Ex. 30 (Dkt. 111-33), Ex. 31 (Dkt. |
| 19 | 111-34), and Ex. 34 (Dkt. 111-37)—contained material that was inadvertently filed publicly, |
| 20 | rather than under seal, and which implicates privacy interests of third parties. BlackBerry called |
| 21 | the ECF helpdesk, which promptly locked the exhibits. BlackBerry then filed a Motion to Lock |
| 22 | Improperly Filed Documents (Dkt. No. 115), requesting that the Court seal the five docket entries |
| 23 | in question. |
| 24 | 5. Attached to this declaration are revised and corrected Public-Redacted versions of |
| 25 | those exhibits—**Exhibit 3** (originally Dkt. 111-7), **Exhibit 9** (originally Dkt. 111-12), **Exhibit 30** |
| 26 | (originally Dkt. 111-33), **Exhibit 31** (originally Dkt.111-34), and **Exhibit 34** (originally Dkt. 111- |
| 27 | 37). BlackBerry has added redactions to these exhibits to address material that was inadvertently |
| 28 | filed publicly and that implicates the privacy interests of non-parties to this suit. |

6. On December 12, counsel for Plaintiff informed me that **Exhibit 3** (filed at Dkt. 111-7), which contains excerpts of the transcript of the August 22, 2025 deposition of Neelam Sandhu, omitted the court reporter's certification page. The corrected Exhibit 3 therefore adds the inadvertently omitted reporter certification page. No further changes have been made to the content of Exhibit 3.

7. Except for the changes described above, no changes have been made to the content of any of the exhibits attached to this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 12th day of December, 2025, at Los Angeles, California.

DATED: December 12, 2025

By: _/s/ Lauren N. Beck_

Lauren N. Beck

-2- Case No. 3:24-cv-02002-SK
DECLARATION OF LAUREN BECK REGARDING EXHIBITS TO DKT. NO. 111