UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEELAM SANDHU, an individual, | Case No. 3:24-cv-02002-SK |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION TO LOCK INCORRECTLY FILED DOCUMENTS** |
| vs. | |
| BLACKBERRY CORPORATION, a Delaware Corporation, | |
| Defendant. | |

1  Before the Court is a motion to remove incorrectly filed documents filed by Defendant
2  Blackberry Corporation ("Defendant").  (Dkt. No. 115.)  Specifically, Defendant requests that the
3  Court lock five exhibits in support of its motion for summary judgment—Dkt. Nos. 111-7, 111-12,
4  111-33, 111-34, and 111-37.  Having considered Defendant's unopposed motion, IT IS HEREBY
5  ORDERED that Dkt. Nos. 111-7, 111-12, 111-33, 111-34, and 111-37 be sealed.

**IT IS SO ORDERED.**

DATED: December 15, 2025

Hon. Sallie Kim
United States Magistrate Judge