United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEELAM SANDHU,

Plaintiff,

v.

BLACKBERRY CORPORATION, et al.,

Defendants.

Case No. 24-cv-02002-SK

**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO ATTEND JANUARY 26, 2026 MOTION HEARING**

Regarding Docket No. 139

Before the Court is Plaintiff's administrative motion, filed on January 22, 2026, for leave to attend the January 26, 2026 motion for summary judgment hearing in person. (Dkt. No. 139.) The Court's understanding is that Defendants decline to join in the motion. The Court DENIES Plaintiff's motion. The parties are HEREBY ORDERED to attend the January 26, 2026 motion hearing via Public Zoom Webinar.

Although the Court is willing to entertain a motion for personal appearance at hearings, a party must make that motion with enough time for opposing counsel to change plans to attend in person. Four days' notice is not sufficient.

**IT IS SO ORDERED**.

Dated: January 23, 2026

SALLIE KIM
United States Magistrate Judge