United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEELAM SANDHU,

Plaintiff,

v.

BLACKBERRY CORPORATION, et al.,

Defendants.

Case No. 24-cv-02002-SK

**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING**

Regarding Docket No. 144

Before the Court is Plaintiff Neelam Sandhu's administrative motion requesting leave to file supplemental briefing regarding the issues discussed at the motion for summary judgment hearing held on January 26, 2026. (Dkt. No. 144.) Defendants oppose Plaintiff's administrative motion. (Dkt. No. 146.) The Court DENIES Plaintiff's administrative motion. If the Court requires supplemental material regarding Defendants' motion for summary judgment, it will issue an order notifying the parties.

**IT IS SO ORDERED**.

Dated: February 4, 2026

SALLIE KIM
United States Magistrate Judge