UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEELAM SANDHU,

        Plaintiff,

     v.

BLACKBERRY CORPORATION, et al.,

        Defendants.

Case No.  24-cv-02002-SK

**ORDER REGARDING PRETRIAL FILINGS PROCEDURE**

Because the parties anticipate that a significant portion of the evidence submitted in their pretrial filings meets the Court's sealing standards, the Court HEREBY ORDERS the parties to file said material on the following platforms: (1) CM/ECF provisionally under seal, and (2) a designated link[1] provided by the Clerk's office that is only accessible to the undersigned's chambers.  Directions regarding the use of the designated link can be found under the "Uploading Digital Exhibits" link on the following page: https://cand.uscourts.gov/attorneys/attorney-practice-resources.  The parties' April 15, 2026 joint omnibus sealing motion deadline remains unchanged. (Dkt. No. 157.)  The Court also ORDERS the parties to submit physical unredacted copies of their pretrial filings, including their motions *in limine* and supporting evidence, by April 7, 2026.

**IT IS SO ORDERED**.

Dated: April 1, 2026

_____
SALLIE KIM
United States Magistrate Judge

---

[1] The link is: https://cand.app.box.com/f/12aea34b708b4e63a1ceada8a6731839.