UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEELAM SANDHU,

          Plaintiff,

    v.

BLACKBERRY CORPORATION, et al.,

          Defendants.

Case No.  24-cv-02002-SK

**ORDER SETTING NEW TRIAL AND PRETRIAL CONFERENCE DATES**

Regarding Docket No. 208

On April 23, 2026, the Court held a pretrial conference.  (Dkt. No. 208.)  At the pretrial conference, the Court granted Defendant's unopposed request to continue the trial to October 2026 because a key witness has a serious medical issue that prevented him from testifying during the scheduled time for trial in May 2026.  The trial IS HEREBY CONTINUED to October 6, 7, 8, 9, 13, 14, 15, 16.  The Court HEREBY SETS a pretrial conference for September 2, 2026 at 1:30 p.m. in Courtroom C on the 15th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.  The Court ORDERS the parties to file any amended pretrial filings, including but not limited to: (1) witness lists; (2) disputed exhibits; and (3) deposition transcripts the parties request to present at trial.  The parties shall file their updated pretrial filings by July 2, 2026.

       **IT IS SO ORDERED**.

Dated: May 7, 2026

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California