UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEELAM SANDHU,

          Plaintiff,

      v.

BLACKBERRY CORPORATION, et al.,

          Defendants.

Case No.  24-cv-02002-SK

**ORDER SETTING MOTION FOR CLARIFICATION BRIEFING DEADLINES**

On May 28, 2026, Defendant BlackBerry Corporation ("Defendant") inquired, with Plaintiff Neelam Sandhu's ("Plaintiff") consent, whether the Court requires a formal motion for clarification regarding the Court's May 7, 2026 order regarding the parties' motions in limine (Dkt. No. 214).  The Court HEREBY SETS the following briefing deadlines:

1. Defendant's deadline to file a motion for clarification, not to exceed five pages, is June 4, 2026.

2. Plaintiff's deadline to file a response, not to exceed five pages, is June 11, 2026.

3. No reply shall be filed.  The Court will not hold a motion hearing unless the Court deems one necessary.

**IT IS SO ORDERED**.

Dated: May 28, 2026

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California