UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEELAM SANDHU,

          Plaintiff,

    v.

BLACKBERRY CORPORATION, et al.,

          Defendants.

Case No. 24-cv-02002-SK

**ORDER DENYING PLAINTIFF'S MOTION FOR CLARIFICATION**

Regarding Docket No. 228

Before the Court is a motion for clarification filed by Plaintiff Neelam Sandhu ("Plaintiff") regarding the Court's order dated May 7, 2026 ruling on the parties' motions in limine. (Dkt. No. 228.) Plaintiff, specifically, moves for an order clarifying the Court's ruling on Plaintiff's motion in limine No. 2. (Dkt. No. 214 at 6.) The Court DENIES Plaintiff's motion and will instead rule on the issues as they arise during trial.

**IT IS SO ORDERED**.

Dated: June 18, 2026

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California