UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEELAM SANDHU,

          Plaintiff,

    v.

BLACKBERRY CORPORATION, et al.,

          Defendants.

Case No.  24-cv-02002-SK

**ORDER REQUIRING CHAMBERS COPIES**

Pursuant to the Court's order, the parties filed their amended pretrial filings on July 16, 2026.  (Dkt. Nos. 231–236.)  The Court HEREBY ORDERS the parties to provide chambers copies by August 21, 2026.

    **IT IS SO ORDERED**.

Dated: August 13, 2026

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California