Maria A. Bourn
Anthony Tartaglio
GOMERMAN | BOURN & ASSOCIATES
825 Van Ness Ave, Suite 502
San Francisco, CA 94109
Telephone: (415) 545-8608
Email: maria@gobolaw.com
tony@gobolaw.com

Attorneys for Plaintiff
NEELAM SANDHU

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEELAM SANDHU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BLACKBERRY CORPORATION, a Delaware corporation,<br><br>Defendants. | **Case No.: 3:24-cv-02002-SK**<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Sallie Kim |

Plaintiff requests that the Court take notice that this matter has been resolved by settlement. Plaintiff anticipates filing a notice of dismissal by September 30, 2026

Dated: August 26, 2026

**GOMERMAN | BOURN & ASSOCIATES**

*/s/ Anthony Tartaglio*
Maria Bourn
Anthony Tartaglio
Attorneys for Plaintiff,
NEELAM SANDHU