United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEELAM SANDHU,

Plaintiff,

v.

BLACKBERRY CORPORATION, et al.,

Defendants.

Case No. 24-cv-02002-SK

**ORDER REGARDING NOTICE OF SETTLEMENT AND ADMINISTRATIVE MOTION**

Regarding Docket No. 219, 242

On August 26, 2026, Plaintiff filed a notice of settlement. (Dkt. No. 242.) Plaintiff shall file either (1) a notice of dismissal, or (2) a status report on the finalization of her settlement agreement with Defendant by September 30, 2026. All case deadlines and hearings, including the jury trial scheduled to commence on October 6, 2026, are HEREBY VACATED. The Court DENIES Plaintiff's administrative motion to broadcast trial audio (Dkt. No. 219) as MOOT.

**IT IS SO ORDERED**.

Dated: August 27, 2026

SALLIE KIM
United States Magistrate Judge