UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEELAM SANDHU,

Plaintiff,

v.

BLACKBERRY CORPORATION, et al.,

Defendants.

Case No. 24-cv-02002-SK

**ORDER DISMISSING CASE WITH PREJUDICE**

Regarding Docket No. 244

On September 11, 2026, the parties filed a stipulated notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. No. 244.) Accordingly, the Court DISMISSES this case WITH PREJUDICE. All case deadlines are HEREBY VACATED. Each party shall bear its own fees and costs. The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: September 14, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California